

**United States**         **of America**



Government
Exhibit

A

**Department of the Treasury
Internal Revenue Service**

Date:     NOV 0 1 2018

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is an exact transcript of the form 1040, U.S. Individual Income Tax Return for

Mark A Lovely in respect to the period ending December 31, 2000 reflecting all assessments, penalties,

interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by

the records of this office as of the date of this certification are shown therein. Consisting of 8 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christina L Brandan*

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E       *U.S. GPO: 2000 – 533-039/07196       Form **2866** (Rev. 09-97)

```
------------------------------------------------------------------------
```

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| | ADJUSTED GROSS INCOME 49,719.00 | | | |
| | TAXABLE INCOME 43,244.00 | | | |
| 09-17-2003 | SUBSTITUTE FOR RETURN 29210-270-29034-3 | | 0.00 | 10-27-2003 |
| 07-02-2007 | RECEIVED POA/TIA | | | |
| | ESTIMATED TAX PENALTY 20080808 | 478.95 | | 03-03-2008 |
| | LATE FILING PENALTY 20080808 | 2,017.58 | | 03-03-2008 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20110225 49247-443-00063-8  20080808 | 8,967.00 | | 03-03-2008 |
| 03-03-2008 | RENUMBERED RETURN 49247-443-00063-8 | | | |
| | INTEREST ASSESSED 20080808 | 5,927.43 | | 03-03-2008 |
| | FAILURE TO PAY TAX PENALTY 20080808 | 2,241.75 | | 03-03-2008 |
| 10-30-2008 | CDP LEVY NOTICE ISSUED | | | |
| 10-30-2008 | CDP LEVY NOTICE REFUSED OR UNCLAIMED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

```
-------------------------------------------------------------------------------
```

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|---------------------------|----------------------------|-----------------|
| 11-07-2008 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 07-08-2009 | AMENDED RETURN FILED 18277-618-01734-9 | | | |
| 07-08-2009 | AMENDED RETURN FILED 18277-657-01450-9 | | | |
| 09-28-2009 | | | | |
| 03-02-2010 | CURRENTLY NOT COLLECTIBLE HARDSHIP STATUS | | | |
| 05-14-2010 | | | | |
| 01-26-2011 | REMOVED POA/TIA | | | |
| | ADDITIONAL TAX ASSESSED 83254-533-05049-1  20112108 | 0.00 | | 06-06-2011 |
| 02-20-2013 | | | | |
| 05-20-2013 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 06-03-2013 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |

FORM 4340  (REV. 01-2002)                 PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARK A LOVELY                              EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|------------------------------------|----------------------------|-----------------|
| 06-17-2013 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 07-01-2013 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 07-16-2013 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 07-29-2013 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 08-12-2013 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| | ADDITIONAL TAX ASSESSED 73254-428-05001-4  20140505 | 0.00 | | 02-17-2014 |
| 01-27-2014 | SUBSEQUENT PAYMENT LEVY | | 29.99 | |
| 02-10-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 02-26-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |

FORM 4340  (REV. 01-2002)          PAGE   3

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|-----------------------------|-------------------------------------|----------------------------|-----------------|
| 03-11-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 03-24-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 04-07-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 04-21-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 05-05-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 05-19-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 06-03-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 06-17-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 07-07-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 07-14-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |

FORM 4340  (REV. 01-2002)              PAGE   4

```
MARK A LOVELY                        EIN/SSN:
```

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|--------------------------------------|-----------------------------|-----------------|
| 07-28-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 08-11-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 08-29-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 09-12-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 09-29-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 10-15-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 10-20-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 11-12-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 11-28-2014 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |
| 04-20-2015 | SUBSEQUENT PAYMENT LEVY | | 384.62 | |

```
FORM 4340  (REV. 01-2002)              PAGE    5
```

MARK A LOVELY                        EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
|      | INTEREST ASSESSED 20154205 |                                     | 5,832.22                   | 11-09-2015      |
| 01-08-2017 | INITIAL LEVY ISSUED | | | |
| 09-29-2017 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 12-26-2017 | LEGAL SUIT PENDING | | | |
| 07-02-2018 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 07-02-2018 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |
| 08-05-2002 | Taxpayer Deliquency Notice | | | |
| 09-30-2002 | Taxpayer Deliquency Notice | | | |
| 03-03-2008 | Statutory Notice of Balance Due | | | |
| 04-07-2008 | Statutory Notice of Intent to Levy | | | |
| 11-30-2009 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE     6

MARK A LOVELY                          EIN/SSN:

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 10-03-2011 | Statutory Notice of Balance Due | | | |
| 10-01-2012 | Statutory Notice of Balance Due | | | |
| 11-09-2015 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    7

MARK A LOVELY                    EIN/SSN:

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

BALANCE        14,280.96

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: _Christina L Brandon_
                            Benjamin F. Ray
PRINT NAME:_____
                  Accounting Operations Manager
TITLE:_____
                    KCSPC-11-5-01
DELEGATION ORDER:_____

LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 10/26/2018

FORM 4340  (REV. 01-2002)              PAGE    8



**United States**           **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date:     NOV 0 1 2018

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form 1040, U.S. Individual Income Tax Return for

Mark A Lovely in respect to the period ending December 31, 2003 reflecting all assessments, penalties,

interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by

the records of this office as of the date of this certification are shown therein. Consisting of 5 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christina L Brandon*

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E      *U.S. GPO: 2000 – 533-039/07196      Form **2866** (Rev. 09-97)

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2003

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| | ADJUSTED GROSS INCOME 36,901.00 | | | |
| | TAXABLE INCOME 29,101.00 | | | |
| 08-07-2004 | SUBSTITUTE FOR RETURN 17210-888-00000-4 | | 0.00 | 08-30-2004 |
| 07-02-2007 | RECEIVED POA/TIA | | | |
| | ESTIMATED TAX PENALTY 20080708 | | 107.06 | 02-25-2008 |
| | LATE FILING PENALTY 20080708 | | 920.48 | 02-25-2008 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20110225 49247-438-00087-8  20080708 | | 4,091.00 | 02-25-2008 |
| 02-25-2008 | RENUMBERED RETURN 49247-438-00087-8 | | | |
| | INTEREST ASSESSED 20080708 | | 1,480.18 | 02-25-2008 |
| | FAILURE TO PAY TAX PENALTY 20080708 | | 961.38 | 02-25-2008 |
| 10-30-2008 | CDP LEVY NOTICE REFUSED OR UNCLAIMED | | | |
| 10-30-2008 | CDP LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE   1

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2003


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|---------------------------|---------------------------|----------------|
| 11-07-2008 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 12-01-2008 | FEES AND COLLECTION COSTS | | 6.00 | |
| 07-08-2009 | AMENDED RETURN FILED 18277-618-03067-9 | | | |
| 07-08-2009 | AMENDED RETURN FILED 18277-657-01448-9 | | | |
| 10-09-2009 | | | | |
| | FAILURE TO PAY TAX PENALTY 20094608 | | 61.37 | 11-30-2009 |
| 03-02-2010 | CURRENTLY NOT COLLECTIBLE HARDSHIP STATUS | | | |
| 01-26-2011 | REMOVED POA/TIA | | | |
| | ADDITIONAL TAX ASSESSED 83254-538-05030-1  20112108 | | 0.00 | 06-06-2011 |
| 02-20-2013 | | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

MARK A LOVELY                    EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2003


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | ADDITIONAL TAX ASSESSED 73254-428-05002-4  20140505 | | 0.00 | 02-17-2014 |
| | INTEREST ASSESSED 20154205 | | 2,482.23 | 11-09-2015 |
| 01-08-2017 | INITIAL LEVY ISSUED | | | |
| 09-29-2017 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 11-13-2017 | FEES AND COLLECTION COSTS | | 6.00 | |
| 12-26-2017 | LEGAL SUIT PENDING | | | |
| 07-02-2018 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 07-02-2018 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |
| 02-25-2008 | Statutory Notice of Balance Due | | | |
| 03-31-2008 | Statutory Notice of Intent to Levy | | | |
| 11-30-2009 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)            PAGE    3

MARK A LOVELY                              EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2003


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 10-03-2011 | Statutory Notice of Balance Due | | | |
| 10-01-2012 | Statutory Notice of Balance Due | | | |
| 11-09-2015 | Statutory Notice of Balance Due | | | |


FORM 4340  (REV. 01-2002)                    PAGE    4

MARK A LOVELY                     EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 2003
-------------------------------------------------------------------------


BALANCE        10,115.70


-------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: _Christina L Brandon_

PRINT NAME:_Benjamin F. Ray_____

TITLE:_Accounting Operations Manager_____

DELEGATION ORDER:_KCSPC-11-5-01_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 10/26/2018

FORM 4340  (REV. 01-2002)              PAGE    5



**United States**   of America

**Department of the Treasury**
**Internal Revenue Service**

Date:   NOV 0 1 2018

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form 1040, U.S. Individual Income Tax Return for

Mark A Lovely in respect to the period ending December 31, 2004 reflecting all assessments, penalties,

interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by

the records of this office as of the date of this certification are shown therein. Consisting of 5 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

MARK A LOVELY                         EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|--------------------------------------|-----------------------------|------------------|
| | ADJUSTED GROSS INCOME 40,675.00 | | | |
| | TAXABLE INCOME 32,725.00 | | | |
| 09-20-2006 | SUBSTITUTE FOR RETURN 29210-888-00000-6 | | 0.00 | 10-09-2006 |
| | ESTIMATED TAX PENALTY 20080808 | | 142.80 | 03-03-2008 |
| | LATE FILING PENALTY 20080808 | 1,106.78 | | 03-03-2008 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20110225 49247-443-00065-8  20080808 | 4,919.00 | | 03-03-2008 |
| 03-03-2008 | RENUMBERED RETURN 49247-443-00065-8 | | | |
| | INTEREST ASSESSED 20080808 | 1,425.41 | | 03-03-2008 |
| | FAILURE TO PAY TAX PENALTY 20080808 | 860.82 | | 03-03-2008 |
| 10-30-2008 | CDP LEVY NOTICE REFUSED OR UNCLAIMED | | | |
| 10-30-2008 | CDP LEVY NOTICE ISSUED | | | |
| 11-07-2008 | NOTICE OF FEDERAL TAX LIEN FILED | | | |

FORM 4340  (REV. 01-2002)              PAGE   1

------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2004


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|------------------------------------|----------------------------|-----------------|
| 07-05-2009 | AMENDED RETURN FILED 18277-608-01536-9 | | | |
| 07-05-2009 | AMENDED RETURN FILED 18277-652-01000-9 | | | |
| 09-28-2009 | | | | |
| 03-02-2010 | CURRENTLY NOT COLLECTIBLE HARDSHIP STATUS | | | |
| 10-19-2010 | AMENDED RETURN FILED 18277-708-01250-0 | | | |
| | ADDITIONAL TAX ASSESSED 83254-538-05031-1  20112108 | 0.00 | | 06-06-2011 |
| | FAILURE TO PAY TAX PENALTY 20113808 | | 368.92 | 10-03-2011 |
| 02-20-2013 | | | | |
| | ADDITIONAL TAX ASSESSED 73254-428-05003-4  20140505 | 0.00 | | 02-17-2014 |

FORM 4340  (REV. 01-2002)              PAGE    2

------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2004


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|-----------------------------|-----------------|
|  | INTEREST ASSESSED 20154205 | 2,792.76 | | 11-09-2015 |
| 01-08-2017 | INITIAL LEVY ISSUED | | | |
| 09-29-2017 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 12-26-2017 | LEGAL SUIT PENDING | | | |
| 07-02-2018 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 07-02-2018 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |
| 05-01-2006 | Taxpayer Deliquency Notice | | | |
| 03-03-2008 | Statutory Notice of Balance Due | | | |
| 04-07-2008 | Statutory Notice of Intent to Levy | | | |
| 10-03-2011 | Statutory Notice of Balance Due | | | |
| 10-01-2012 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

```
MARK A LOVELY                          EIN/SSN:



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2004


                                 ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE          EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT      DATE
                                 (REVERSAL)    (REVERSAL)
--------------------------------------------------------------------------
11-09-2015 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    4
```

```
MARK A LOVELY                          EIN/SSN:



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2004
-------------------------------------------------------------------


BALANCE        11,616.49

-------------------------------------------------------------------
```

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

                                        ---------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Christina R Brandon_

PRINT NAME: ___Benjamin F. Ray_____

TITLE: ___Accounting Operations Manager____

DELEGATION ORDER: ___KCSPC-11-5-01_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 10/26/2018

FORM 4340  (REV. 01-2002)              PAGE    5

```



**United States**        **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date:      NOV 0 1 2018

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form 1040, U.S. Individual Income Tax Return for

Mark A Lovely in respect to the period ending December 31, 2005 reflecting all assessments, penalties,

interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by

the records of this office as of the date of this certification are shown therein. Consisting of 4 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christina R Brandon*

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E      *U.S. GPO: 2000 – 533-039/07196      Form **2866** (Rev. 09-97)

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2005

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 29,500.00 | | | |
| | TAXABLE INCOME 21,300.00 | | | |
| 05-21-2007 | SUBSTITUTE FOR RETURN 28210-888-00000-7 | 0.00 | | 06-11-2007 |
| | ESTIMATED TAX PENALTY 20080708 | 113.66 | | 02-25-2008 |
| | LATE FILING PENALTY 20080708 | 637.65 | | 02-25-2008 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20110225 49247-438-00088-8  20080708 | 2,834.00 | | 02-25-2008 |
| 02-25-2008 | RENUMBERED RETURN 49247-438-00088-8 | | | |
| | INTEREST ASSESSED 20080708 | 544.13 | | 02-25-2008 |
| | FAILURE TO PAY TAX PENALTY 20080708 | 325.91 | | 02-25-2008 |
| 10-30-2008 | CDP LEVY NOTICE REFUSED OR UNCLAIMED | | | |
| 10-30-2008 | CDP LEVY NOTICE ISSUED | | | |
| 11-07-2008 | NOTICE OF FEDERAL TAX LIEN FILED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

```
MARK A LOVELY                    EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2005


                                 ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT     DATE
                                 (REVERSAL)    (REVERSAL)
-------------------------------------------------------------------------

07-08-2009 AMENDED RETURN FILED
           18277-618-02533-9

07-08-2009 AMENDED RETURN FILED
           18277-657-01451-9

03-02-2010 CURRENTLY NOT COLLECTIBLE
           HARDSHIP STATUS

           FAILURE TO PAY TAX               382.59      10-03-2011
           PENALTY
           20113808

           ADDITIONAL TAX ASSESSED            0.00      04-23-2012
           08254-493-05959-2  20121505

02-20-2013

           INTEREST ASSESSED             1,504.23      11-09-2015
           20154205

01-08-2017 INITIAL LEVY ISSUED

09-29-2017 NOTICE OF FEDERAL TAX
           LIEN FILED

12-26-2017 LEGAL SUIT PENDING

FORM 4340  (REV. 01-2002)              PAGE    2
```

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2005


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 07-02-2018 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 07-02-2018 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |
| 02-04-2008 | Taxpayer Deliquency Notice | | | |
| 02-25-2008 | Statutory Notice of Balance Due | | | |
| 03-31-2008 | Statutory Notice of Intent to Levy | | | |
| 10-03-2011 | Statutory Notice of Balance Due | | | |
| 10-01-2012 | Statutory Notice of Balance Due | | | |
| 11-09-2015 | Statutory Notice of Balance Due | | | |


FORM 4340  (REV. 01-2002)                PAGE    3

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2005
--------------------------------------------------------------------


BALANCE        6,342.17

--------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

                              ----------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Christina S Brandon_

PRINT NAME:_Benjamin F. Ray_____

TITLE:_Accounting Operations Manager_____

DELEGATION ORDER:_KCSPC-11-5-01_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 10/26/2018

FORM 4340  (REV. 01-2002)              PAGE    4



**United States** of America

## Department of the Treasury
## Internal Revenue Service

Date:  NOV 0 1 2018

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form 1040, U.S. Individual Income Tax Return for

Mark A Lovely in respect to the period ending December 31, 2006 reflecting all assessments, penalties,

interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by

the records of this office as of the date of this certification are shown therein. Consisting of 5 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:



Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E          *U.S. GPO: 2000 – 533-039/07196          Form **2866** (Rev. 09-97)

--------------------------------------------------------------------------------

MARK A LOVELY                         EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2006

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|------------------|------------|------------|
| | ADJUSTED GROSS INCOME 51,536.00 | | | |
| | TAXABLE INCOME 43,086.00 | | | |
| 06-19-2007 | SUBSTITUTE FOR RETURN 28210-888-00000-7 | 0.00 | | 07-09-2007 |
| | ESTIMATED TAX PENALTY 20080708 | 286.12 | | 02-25-2008 |
| | LATE FILING PENALTY 20080708 | 1,411.99 | | 02-25-2008 |
| 04-15-2007 | WITHHOLDING CREDIT | | 2,064.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20110225 49247-438-00089-8  20080708 | 8,339.50 | | 02-25-2008 |
| 02-25-2008 | RENUMBERED RETURN 49247-438-00089-8 | | | |
| | INTEREST ASSESSED 20080708 | 538.37 | | 02-25-2008 |
| | FAILURE TO PAY TAX PENALTY 20080708 | 345.15 | | 02-25-2008 |
| 09-25-2008 | REQUEST FOR INSTALLMENT AGREEMENT PENDING | | | |
| 09-25-2008 | REQUEST FOR INSTALLMENT AGREEMENT PENDING | | | |

FORM 4340  (REV. 01-2002)              PAGE   1

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2006

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 10-30-2008 | CDP LEVY NOTICE REFUSED OR UNCLAIMED | | | |
| 10-30-2008 | CDP LEVY NOTICE ISSUED | | | |
| 11-07-2008 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 09-25-2008 | REQUEST FOR INSTALLMENT AGREEMENT NO LONGER PENDING | | | |
| 07-01-2009 | AMENDED RETURN FILED 18277-619-00593-9 | | | |
| 07-01-2009 | AMENDED RETURN FILED 18277-657-01452-9 | | | |
| 09-28-2009 | | | | |
| 03-02-2010 | CURRENTLY NOT COLLECTIBLE HARDSHIP STATUS | | | |
| 05-14-2010 | | | | |
| | ADDITIONAL TAX ASSESSED 83254-538-05032-1  20112108 | | 0.00 | 06-06-2011 |

FORM 4340  (REV. 01-2002)               PAGE    2

--------------------------------------------------------------------------------

MARK A LOVELY                         EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2006

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| | FAILURE TO PAY TAX PENALTY 20113808 | | 1,223.72 | 10-03-2011 |
| 02-20-2013 | | | | |
| | ADDITIONAL TAX ASSESSED 73254-428-05004-4  20140505 | | 0.00 | 02-17-2014 |
| | INTEREST ASSESSED 20154205 | | 3,050.97 | 11-09-2015 |
| 01-08-2017 | INITIAL LEVY ISSUED | | | |
| 09-29-2017 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 12-26-2017 | LEGAL SUIT PENDING | | | |
| 12-26-2017 | REQUEST FOR INSTALLMENT AGREEMENT NO LONGER PENDING | | | |
| 07-02-2018 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 07-02-2018 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |
| 02-25-2008 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

```
MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2006
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 03-31-2008 | Statutory Notice of Intent to Levy | | | |
| 10-03-2011 | Statutory Notice of Balance Due | | | |
| 10-01-2012 | Statutory Notice of Balance Due | | | |
| 11-09-2015 | Statutory Notice of Balance Due | | | |

```
FORM 4340  (REV. 01-2002)                PAGE   4
```

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 2006
--------------------------------------------------------------------------------


BALANCE        13,131.82

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

                                  ---------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Christina R Brandon_
                                  Benjamin F. Ray
PRINT NAME:_____
                Accounting Operations Manager
TITLE:_____
                   KCSPC-11-5-01
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

        ACCOUNT STATUS DATE 10/26/2018

FORM 4340  (REV. 01-2002)              PAGE     5

**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date:      NOV 0 1 2018

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form 1040, U.S. Individual Income Tax Return for

Mark A Lovely in respect to the period ending December 31, 2010 reflecting all assessments, penalties,

interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by

the records of this office as of the date of this certification are shown therein. Consisting of 6 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christina d Brandon*

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 04-15-2011 | RETURN FILED & TAX ASSESSED 09207-057-16505-1 | | 0.00 | 04-25-2011 |
| 04-15-2011 | WITHHOLDING | | 9,656.46 | |
| 04-15-2011 | OVERPAYMENT CREDIT TRANSFERRED 1040     199912 | | (7,630.87) | |
| 04-15-2011 | OVERPAYMENT CREDIT TRANSFERRED 1040     200212 | | (2,025.59) | |
| | QUICK ASSESSMENT 29251-069-13304-4      05 | 3,807.46 | | 03-10-2014 |
| | INTEREST ASSESSED 20141205 | 365.40 | | 03-10-2014 |
| 08-05-2014 | CDP LEVY NOTICE ISSUED | | | |
| 08-08-2014 | CDP LEVY NOTICE RETURN RECEIPT SIGNED | | | |
| 09-03-2014 | TIMELY REQUEST FOR A CDP LEVY HEARING OR COMBINED CDP LEVY/LIEN HEARING | | | |
| 09-03-2014 | TIMELY REQUEST FOR CDP HEARING RECEIVED | | | |
| 09-03-2014 | TIMELY REQUEST FOR A CDP LEVY HEARING OR COMBINED CDP LEVY/LIEN HEARING REVERSED | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2010


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 09-03-2014 | COLLECTIONS WORKING CASE REVERSED | | | |
| 09-02-2014 | PENDING CDP LEVY HEARING | | | |
| 09-02-2014 | TIMELY REQUEST FOR CDP HEARING RECEIVED | | | |
| 09-02-2014 | TIMELY REQUEST FOR A CDP LEVY HEARING OR COMBINED CDP LEVY/LIEN HEARING | | | |
| | ADDITIONAL TAX ASSESSED 89254-601-18070-6  20162905 | 0.00 | | 08-08-2016 |
| 06-08-2016 | CDP LEVY HEARING NO LONGER PENDING | | | |
| 07-15-2016 | ISSUANCE OF CDP NOTICE OF DETERMINATION | | | |
| 08-12-2016 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 09-12-2016 | FEES AND COLLECTION COSTS | 6.00 | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

--------------------------------------------------------------------------------

MARK A LOVELY                        EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2010


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|

--------------------------------------------------------------------------------

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

FORM 4340  (REV. 01-2002)              PAGE    3

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2010


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 01-08-2017 | INITIAL LEVY ISSUED | | | |
| 12-26-2017 | LEGAL SUIT PENDING | | | |
| 07-02-2018 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 07-02-2018 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |
| 03-10-2014 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    4

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 04-28-2014 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    5

----------------------------------------------------------------

MARK A LOVELY                         EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2010
----------------------------------------------------------------


BALANCE          4,178.86

----------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

                              ----------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Christina L Brandon_

             Benjamin F. Ray
PRINT NAME:_____

        Accounting Operations Manager
TITLE:_____

          KCSPC-11-5-01
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 10/26/2018

FORM 4340  (REV. 01-2002)              PAGE     6



**United States**    of America

### Department of the Treasury
### Internal Revenue Service

Date:  NOV 2 7 2018

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is an exact transcript of the Form 1040, U.S. Individual Income Tax Return for

Mark A Lovely in respect to the tax period ending December 31, 2011 reflecting all assessments penalties,

interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by

the records of this office as of the date of this certification are shown therein. Consisting of 5 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E          *U S  GPO 2000 – 533-039/07196          Form **2866** (Rev. 09-97)

MARK A LOVELY                    EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| | ADJUSTED GROSS INCOME 48,504.00 | | | |
| | TAXABLE INCOME 39,004.00 | | | |
| 04-15-2012 | RETURN FILED & TAX ASSESSED 09207-126-20920-2 | | 0.00 | 06-11-2012 |
| 04-15-2012 | WITHHOLDING | | 7,209.99 | |
| 04-15-2012 | OVERPAYMENT CREDIT TRANSFERRED 1040      200212 | | (7,209.99) | |
| | MISCELLANEOUS PENALTY IRC 6662 ACCURACY PENALTY 29247-449-00002-5  20150705 | 1,730.80 | | 03-09-2015 |
| 04-15-2012 | WITHHOLDING CREDIT REVERSED | | (2,773.00) | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20150912 29247-449-00002-5  20150705 | 5,881.00 | | 03-09-2015 |
| 03-09-2015 | RENUMBERED RETURN 29247-449-00002-5 | | | |
| | INTEREST ASSESSED 20150705 | 942.77 | | 03-09-2015 |
| | INTEREST ASSESSED 20154205 | 230.41 | | 11-09-2015 |
| | FAILURE TO PAY TAX PENALTY 20154205 | 441.07 | | 11-09-2015 |

FORM 4340  (REV. 01-2002)            PAGE    1

MARK A LOVELY                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 07-26-2016 | CDP LEVY NOTICE ISSUED | | | |
| 08-12-2016 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 08-03-2016 | CDP LEVY NOTICE RETURN RECEIPT SIGNED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

MARK A LOVELY                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2011


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)                PAGE    3

MARK A LOVELY                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2011


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

01-08-2017 INITIAL LEVY ISSUED

12-26-2017 LEGAL SUIT PENDING

07-02-2018 CERTIFICATION OF TAX
           ACCOUNT AS SERIOUSLY
           DELINQUENT TAX DEBT

07-02-2018 Notice of certification as seriously delinquent tax debt sent to
           taxpayer - P

03-09-2015 Statutory Notice of Balance Due

04-06-2015 Statutory Notice of Intent to Levy

11-09-2015 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    4

MARK A LOVELY                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2011
---------------------------------------------------------------------


BALANCE       11,999.05

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

                                   ----------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Benjamin F. Ray_____

PRINT NAME:_____Benjamin F. Ray_____

TITLE:_____Accounting Operations Manager_____

DELEGATION ORDER:_____KCSPC-11-5-01_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

       ACCOUNT STATUS DATE 11/19/2018

FORM 4340  (REV. 01-2002)               PAGE    5



**United States** of America

**Department of the Treasury**
**Internal Revenue Service**

Date: NOV 0 1 2018

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is an exact transcript of the form 1040, U.S. Individual Income Tax Return for

Mark A Lovely in respect to the period ending December 31, 2012 reflecting all assessments, penalties,

interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by

the records of this office as of the date of this certification are shown therein. Consisting of 6 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E      *U.S. GPO: 2000 – 533-039/07196      Form **2866** (Rev. 09-97)

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| | ADJUSTED GROSS INCOME 29,223.00 | | | |
| | TAXABLE INCOME 19,473.00 | | | |
| 04-15-2013 | RETURN FILED & TAX ASSESSED 09207-111-59847-3 | | 0.00 | 07-01-2013 |
| 04-15-2013 | WITHHOLDING | | 1,693.09 | |
| 04-15-2013 | OVERPAYMENT CREDIT TRANSFERRED 1040      200212 | | (1,693.09) | |
| | ADDITIONAL TAX ASSESSED 71254-652-06177-5  20153605 | 1,693.09 | | 09-28-2015 |
| | INTEREST ASSESSED 20153605 | 129.39 | | 09-28-2015 |
| 01-11-2016 | | | | |
| 10-05-2015 | AMENDED RETURN FILED 07277-412-00110-6 | | | |
| | ADDITIONAL TAX ASSESSED 71254-490-06209-6  20161305 | 0.00 | | 04-18-2016 |
| | MISCELLANEOUS PENALTY 18247-495-00002-6  20161405 | 497.20 | | 04-25-2016 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20160912 18247-495-00002-6  20161405 | 2,486.00 | | 04-25-2016 |

FORM 4340  (REV. 01-2002)                PAGE    1

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 04-25-2016 | RENUMBERED RETURN 18247-495-00002-6 | | | |
| | INTEREST ASSESSED 20161405 | 318.98 | | 04-25-2016 |
| | FAILURE TO PAY TAX PENALTY 20161405 | 110.06 | | 04-25-2016 |
| 07-26-2016 | CDP LEVY NOTICE ISSUED | | | |
| 08-12-2016 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 08-03-2016 | CDP LEVY NOTICE RETURN RECEIPT SIGNED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE   2

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2012


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

FORM 4340  (REV. 01-2002)                PAGE   3

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2012


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 01-08-2017 | INITIAL LEVY ISSUED | | | |
| 12-26-2017 | LEGAL SUIT PENDING | | | |
| 07-02-2018 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 07-02-2018 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |
| 09-28-2015 | Statutory Notice of Balance Due | | | |
| 10-19-2015 | Statutory Notice of Intent to Levy | | | |
| 04-18-2016 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE   4

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2012


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 04-25-2016 | Statutory Notice of Balance Due | | | |
| 05-30-2016 | Statutory Notice of Intent to Levy | | | |


FORM 4340  (REV. 01-2002)                PAGE    5

------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2012
------------------------------------------------------------------------------


BALANCE        5,234.72


------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

                                    ----------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Christina R Brandon_

PRINT NAME: ___Benjamin F. Ray_____

TITLE: ____Accounting Operations Manager_____

DELEGATION ORDER: ___KCSPC-11-5-01_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 10/26/2018

FORM 4340  (REV. 01-2002)             PAGE    6

**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date:     NOV 0 1 2018

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form 1040, U.S. Individual Income Tax Return for

Mark A Lovely in respect to the period ending December 31, 2014 reflecting all assessments, penalties,

interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by

the records of this office as of the date of this certification are shown therein. Consisting of 4 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christina L Brandon*

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E          *U.S. GPO 2000 – 533-039/07196          Form **2866** (Rev. 09-97)

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2014

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
|  | ADJUSTED GROSS INCOME 58,590.00 |  |  |  |
|  | TAXABLE INCOME 48,440.00 |  |  |  |
| 04-15-2015 | RETURN FILED & TAX ASSESSED 09207-108-62492-5  201519 | 7,963.00 |  | 06-01-2015 |
| 04-15-2015 | WITHHOLDING |  | 4,433.30 |  |
|  | INTEREST ASSESSED 20151905 | 13.66 |  | 06-01-2015 |
|  | INTEREST ASSESSED 20154205 | 47.20 |  | 11-09-2015 |
|  | FAILURE TO PAY TAX PENALTY 20154205 | 158.84 |  | 11-09-2015 |
| 07-26-2016 | CDP LEVY NOTICE ISSUED |  |  |  |
| 08-12-2016 | NOTICE OF FEDERAL TAX LIEN FILED |  |  |  |
| 08-03-2016 | CDP LEVY NOTICE RETURN RECEIPT SIGNED |  |  |  |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED |  |  |  |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED |  |  |  |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED |  |  |  |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED |  |  |  |

FORM 4340  (REV. 01-2002)                  PAGE    1

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2014


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2014


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|--------------------------------------|-----------------------------|------------------|

--------------------------------------------------------------------------------

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

01-08-2017 INITIAL LEVY ISSUED

12-26-2017 LEGAL SUIT PENDING

07-02-2018 CERTIFICATION OF TAX
           ACCOUNT AS SERIOUSLY
           DELINQUENT TAX DEBT

07-02-2018 Notice of certification as seriously delinquent tax debt sent to
           taxpayer - P

06-01-2015 Statutory Notice of Balance Due

06-22-2015 Statutory Notice of Intent to Levy

11-09-2015 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    3

-------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2014
-------------------------------------------------------------------------------


BALANCE          3,749.40

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.


                                       ----------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Christina L Brandon_

               Benjamin F. Ray
PRINT NAME:_____

           Accounting Operations Manager
TITLE:_____

               KCSPC-11-5-01
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 10/26/2018

FORM 4340  (REV. 01-2002)              PAGE    4



**United States** of America

**Department of the Treasury
Internal Revenue Service**

Date:  JAN 0 3 2018

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form CVPN, Civil Penalty for Mark A Lovely in

respect to the period ending December 31, 1999 reflecting all assessments, penalties, interest, abatements,

credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this

office as of the date of this certification are shown therein. Consisting of 4 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christena L Brandon*



for Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E

*U S GPO 2000 – 533-039/07196

Form **2866** (Rev. 09-97)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 92254-524-52204-1  20111908 | | 5,000.00 | 05-23-2011 |
| | ADDITIONAL TAX ASSESSED 92254-524-52204-1  20111908 | | 0.00 | 05-23-2011 |
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 92254-726-52068-1  20114808 | | 5,000.00 | 12-12-2011 |
| | ADDITIONAL TAX ASSESSED 92254-726-52068-1  20114808 | | 0.00 | 12-12-2011 |
| 02-11-2013 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-28-2013 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 02-01-2013 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 04-08-2013 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)          PAGE   1

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-----------------|-----------------|-----------------|
| 04-08-2013 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-12-2013 | FEDERAL TAX LIEN | | | |
| 05-06-2013 | FEES AND COLLECTION COSTS | | 6.00 | |
| 04-18-2013 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 09-09-2013 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-09-2013 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-02-2014 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| | INTEREST ASSESSED 20154205 | | 1,359.83 | 11-09-2015 |
| 01-08-2017 | INITIAL LEVY ISSUED | | | |
| 02-13-2017 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-23-2011 | Statutory Notice of Balance Due | | | |
| 06-27-2011 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

```
MARK A LOVELY                        EIN/SSN:
```

```
TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  1999
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT, DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 11-07-2011 | Statutory Notice of Balance Due | | | |
| 12-12-2011 | Statutory Notice of Balance Due | | | |
| 11-05-2012 | Statutory Notice of Balance Due | | | |
| 11-09-2015 | Statutory Notice of Balance Due | | | |

```
FORM 4340  (REV. 01-2002)              PAGE    3
```

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  1999
-----------------------------------------------------------------------


BALANCE        11,365.83

-----------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


-----------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Christina L Brandon*

PRINT NAME: Benjamin F. Ray

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 12/27/2017

FORM 4340  (REV. 01-2002)                PAGE    4



**United States**  of America

**Department of the Treasury**
**Internal Revenue Service**

Date:

JAN 0 3 2018

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form CVPN, Civil Penalty for Mark A Lovely in

respect to the period ending December 31, 2000 reflecting all assessments, penalties, interest, abatements,

credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this

office as of the date of this certification are shown therein. Consisting of 4 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christina R Brandon*

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E                    *U S GPO 2000 – 533-039/07196                    Form **2866** (Rev. 09-97)

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN     TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|-----------------------------|----------------------------------|
|  | MISCELLANEOUS PENALTY<br>IRC 6702 PENALTY FOR<br>FILING FRIVOLOUS INCOME<br>TAX RETURN<br>92254-552-52108-1  20112308 | 5,000.00 | | 06-20-2011 |
|  | ADDITIONAL TAX ASSESSED<br>92254-552-52108-1  20112308 | 0.00 | | 06-20-2011 |
| 02-11-2013 | MODULE BLOCKED OR<br>RELEASED FROM FEDERAL<br>PAYMENT LEVY PROGRAM | | | |
| 01-28-2013 | INTENT TO LEVY COLLECTION<br>DUE PROCESS NOTICE LEVY<br>NOTICE ISSUED | | | |
| 02-01-2013 | INTENT TO LEVY COLLECTION<br>DUE PROCESS NOTICE RETURN<br>RECEIPT SIGNED | | | |
| 04-08-2013 | REVERSAL OF MODULE<br>BLOCKED FROM FEDERAL<br>PAYMENT LEVY PROGRAM | | | |
| 04-08-2013 | MODULE IN FEDERAL PAYMENT<br>LEVY PROGRAM | | | |
| 04-12-2013 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------------

MARK A LOVELY                        EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|

------------------------------------------------------------------------------


04-18-2013 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

09-09-2013 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

12-09-2013 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

08-02-2014 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

           INTEREST ASSESSED                    719.60        11-09-2015
           20154205

01-08-2017 INITIAL LEVY ISSUED

02-13-2017 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

06-20-2011 Statutory Notice of Balance Due

07-25-2011 Statutory Notice of Intent to Levy

11-07-2011 Statutory Notice of Balance Due

11-05-2012 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE   2

```
MARK A LOVELY                        EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2000

                                 ASSESSMENT,     PAYMENT,    ASSESSMENT,
       DATE      EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT      DATE (23C,
                                 (REVERSAL)   (REVERSAL)    RAC 006 )
----------------------------------------------------------------------------

11-09-2015 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                PAGE    3
```

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2000
---------------------------------------------------------------------------


BALANCE         5,719.60

---------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Christina L Brandon_

PRINT NAME: _Benjamin F. Ray_

TITLE: _Accounting Operations Manager_

DELEGATION ORDER: _KCSPC-11-5-01_


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 12/27/2017

FORM 4340  (REV. 01-2002)              PAGE    4



**United States** of America

### Department of the Treasury
### Internal Revenue Service

Date: JAN 0 3 2018

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form CVPN, Civil Penalty for Mark A Lovely in

respect to the period ending December 31, 2003 reflecting all assessments, penalties, interest, abatements,

credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this

office as of the date of this certification are shown therein. Consisting of 4 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christina L Brandon*

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

MARK A LOVELY                    EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2003

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------|-----------|------------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 92254-552-52109-1  20112308 | | 5,000.00 | 06-20-2011 |
| | ADDITIONAL TAX ASSESSED 92254-552-52109-1  20112308 | | 0.00 | 06-20-2011 |
| 02-11-2013 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-28-2013 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 02-01-2013 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 04-08-2013 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-08-2013 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-12-2013 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)            PAGE   1

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2003

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 04-18-2013 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 09-09-2013 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-09-2013 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-02-2014 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| | INTEREST ASSESSED 20154205 | | 719.60 | 11-09-2015 |
| 01-08-2017 | INITIAL LEVY ISSUED | | | |
| 02-13-2017 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-20-2011 | Statutory Notice of Balance Due | | | |
| 07-25-2011 | Statutory Notice of Intent to Levy | | | |
| 11-07-2011 | Statutory Notice of Balance Due | | | |
| 11-05-2012 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE   2

MARK A LOVELY                    EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2003

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT, DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
-------------------------------------------------------------------------------

11-09-2015 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                    PAGE    3

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2003
--------------------------------------------------------------------

BALANCE          5,719.60

--------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Christina L Brandon_

PRINT NAME:_ Benjamin F. Ray_

TITLE:_ Accounting Operations Manager __

DELEGATION ORDER:_ KCSPC-11-5-01 _____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

      ACCOUNT STATUS DATE 12/27/2017

FORM 4340  (REV. 01-2002)              PAGE   4



**United States**         **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date:     JAN 0 3 2018

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form CVPN, Civil Penalty for Mark A Lovely in

respect to the period ending December 31, 2004 reflecting all assessments, penalties, interest, abatements,

credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this

office as of the date of this certification are shown therein. Consisting of 4 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christina R Brandon*

for Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E      *U S GPO 2000 – 533-039/07196      Form **2866** (Rev. 09-97)

MARK A LOVELY                        EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-----------------|-----------|-----------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 92254-552-52110-1  20112308 | | 5,000.00 | 06-20-2011 |
| | ADDITIONAL TAX ASSESSED 92254-552-52110-1  20112308 | | 0.00 | 06-20-2011 |
| 02-11-2013 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-28-2013 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 02-01-2013 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 04-08-2013 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-08-2013 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-12-2013 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)                PAGE    1

MARK A LOVELY                        EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 04-18-2013 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 09-09-2013 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-09-2013 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-02-2014 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| | INTEREST ASSESSED 20154205 | | 719.60 | 11-09-2015 |
| 01-08-2017 | INITIAL LEVY ISSUED | | | |
| 02-13-2017 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-20-2011 | Statutory Notice of Balance Due | | | |
| 07-25-2011 | Statutory Notice of Intent to Levy | | | |
| 11-07-2011 | Statutory Notice of Balance Due | | | |
| 11-05-2012 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE   2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT, DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|

--------------------------------------------------------------------

11-09-2015 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARK A LOVELY                           EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC 2004
-------------------------------------------------------------------------------

BALANCE          5,719.60

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Christina L Brandon_

PRINT NAME: _Benjamin F. Ray_

TITLE: _Accounting Operations Manager_

DELEGATION ORDER: _KCSPC-11-5-01_


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

     ACCOUNT STATUS DATE 12/27/2017

FORM 4340  (REV. 01-2002)                PAGE    4

**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date:

JAN 0 3 2018

#### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form CVPN, Civil Penalty for Mark A Lovely in

respect to the period ending December 31, 2005 reflecting all assessments, penalties, interest, abatements,

credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this

office as of the date of this certification are shown therein. Consisting of 3 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E          *U S GPO: 2000 – 533-039/07196          Form **2866** (Rev. 09-97)

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2005

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------|------|------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 92254-578-52124-3  20132703 | 10,000.00 | | 07-22-2013 |
| | ADDITIONAL TAX ASSESSED 92254-578-52124-3  20132703 | | 0.00 | 07-22-2013 |
| 08-12-2013 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-16-2013 | FEDERAL TAX LIEN | | | |
| 09-09-2013 | FEES AND COLLECTION COSTS | | 6.00 | |
| 09-02-2013 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-22-2013 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 09-09-2013 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-29-2013 | COLLECTIONS WORKING CASE | | | |
| 08-29-2013 | TIMELY REQUEST FOR A CDP LEVY HEARING OR COMBINED CDP LEVY/LIEN HEARING | | | |

FORM 4340  (REV. 01-2002)                PAGE    1

MARK A LOVELY                        EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2005

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|

08-26-2013 LEGAL SUIT PENDING

09-15-2016 LEGAL SUIT NO LONGER
           PENDING

01-12-2017 COLL DUE PROC HRNG RSLVD
           BY APPLS-DETRMNATN LTR
           ISSD, TXPYR WAIVD JUDCL
           REVW OR WTHDRW HRNG RQST

02-13-2017 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

02-13-2017 INITIAL LEVY ISSUED

07-22-2013 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    2

MARK A LOVELY                           EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC 2005
-------------------------------------------------------------------


BALANCE       10,006.00

-------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


-------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Christina L Brandon*

PRINT NAME: Benjamin F. Ray

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

     ACCOUNT STATUS DATE 12/27/2017

FORM 4340  (REV. 01-2002)              PAGE    3



**United States** **of America**

### Department of the Treasury
### Internal Revenue Service

Date: **JAN 0 3 2018**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form CVPN, Civil Penalty for Mark A Lovely in

respect to the period ending December 31, 2006 reflecting all assessments, penalties, interest, abatements,

credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this

office as of the date of this certification are shown therein. Consisting of 4 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christina L Brandon*

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2006

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 92254-552-52111-1  20112308 | 5,000.00 | | 06-20-2011 |
| | ADDITIONAL TAX ASSESSED 92254-552-52111-1  20112308 | | 0.00 | 06-20-2011 |
| 02-11-2013 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-28-2013 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 02-01-2013 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 04-08-2013 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-08-2013 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-12-2013 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2006

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 04-18-2013 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 09-09-2013 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-09-2013 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-02-2014 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| | INTEREST ASSESSED 20154205 | | 719.60 | 11-09-2015 |
| 01-08-2017 | INITIAL LEVY ISSUED | | | |
| 02-13-2017 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-20-2011 | Statutory Notice of Balance Due | | | |
| 07-25-2011 | Statutory Notice of Intent to Levy | | | |
| 11-07-2011 | Statutory Notice of Balance Due | | | |
| 11-05-2012 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE   2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2006

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT, DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|

11-09-2015 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                    PAGE    3

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC 2006
--------------------------------------------------------------------------


BALANCE          5,719.60

--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Christina L Brandon_

PRINT NAME: _Benjamin F. Ray_____

TITLE: _Accounting Operations Manager___

DELEGATION ORDER: _KCSPC-11-5-01_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 12/27/2017

FORM 4340  (REV. 01-2002)              PAGE    4



**United States**          **of America**

### Department of the Treasury
### Internal Revenue Service

Date:     JAN 0 3 2018

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form CVPN, Civil Penalty for Mark A Lovely in

respect to the period ending December 31, 2010 reflecting all assessments, penalties, interest, abatements,

credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this

office as of the date of this certification are shown therein. Consisting of 5 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christina L Brandon*

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

MARK A LOVELY                    EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------|-------------|-------------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 92254-462-52002-4  20141005 | | 5,000.00 | 03-24-2014 |
| | ADDITIONAL TAX ASSESSED 92254-462-52002-4  20141005 | | 0.00 | 03-24-2014 |
| 08-04-2014 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-02-2014 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-05-2014 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-08-2014 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 09-02-2014 | TIMELY REQUEST FOR A CDP LEVY HEARING OR COMBINED CDP LEVY/LIEN HEARING | | | |
| 09-02-2014 | COLLECTIONS WORKING CASE | | | |

FORM 4340  (REV. 01-2002)              PAGE   1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|

------------------------------------------------------------------------------


09-02-2014 LEGAL SUIT PENDING

06-08-2016 LEGAL SUIT NO LONGER
           PENDING

07-15-2016 COLL DUE PROC HRNG RSLVD
           BY APPLS-DETRMNATN LTR
           ISSD, TXPYR WAIVD JUDCL
           REVW OR WTHDRW HRNG RQST

08-12-2016 FEDERAL TAX LIEN

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC   2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

FORM 4340  (REV. 01-2002)                PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARK A LOVELY                        EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

01-08-2017 INITIAL LEVY ISSUED

02-13-2017 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

03-24-2014 Statutory Notice of Balance Due

05-19-2014 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN     TAX PERIOD: DEC 2010
-------------------------------------------------------------------


BALANCE        5,000.00


-------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


-------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Christina L Brandon_

PRINT NAME: _Benjamin F. Ray_

TITLE: _Accounting Operations Manager_

DELEGATION ORDER: _KCSPC-11-5-01_


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

     ACCOUNT STATUS DATE 12/27/2017

FORM 4340  (REV. 01-2002)              PAGE    5



**United States**      **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date:    JAN 0 3 2018

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form CVPN, Civil Penalty for Mark A Lovely in

respect to the period ending December 31, 2011 reflecting all assessments, penalties, interest, abatements,

credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this

office as of the date of this certification are shown therein. Consisting of 4 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christina L Brandon*

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E      *U S. GPO: 2000 – 533-039/07196      Form **2866** (Rev. 09-97)

```
MARK A LOVELY                    EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2011
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 92254-604-52001-4  20143005 | 5,000.00 | | 08-11-2014 |
| | ADDITIONAL TAX ASSESSED 92254-604-52001-4  20143005 | 0.00 | | 08-11-2014 |
| | INTEREST ASSESSED 20154205 | 190.52 | | 11-09-2015 |
| 07-26-2016 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-12-2016 | FEDERAL TAX LIEN | | | |
| 08-03-2016 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |

```
FORM 4340  (REV. 01-2002)          PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

01-08-2017 INITIAL LEVY ISSUED

02-13-2017 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

08-11-2014 Statutory Notice of Balance Due

10-06-2014 Statutory Notice of Intent to Levy

11-09-2015 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2011
--------------------------------------------------------------------------


BALANCE        5,190.52

--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Christina L Brandon_

PRINT NAME: Benjamin F. Ray

TITLE: Accounting Operations Manager

DELEGATION ORDER:    KCSPC-11-5-01


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 12/27/2017

FORM 4340  (REV. 01-2002)              PAGE    4



**United States**　　of America

**Department of the Treasury**
**Internal Revenue Service**

Date:　　JAN 0 3 2018

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form CVPN, Civil Penalty for Mark A Lovely in

respect to the period ending December 31, 2012 reflecting all assessments, penalties, interest, abatements,

credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this

office as of the date of this certification are shown therein. Consisting of 4 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christina L Brandon*

for Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

MARK A LOVELY                    EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 92254-674-52002-4  20144005 | 5,000.00 | | 10-20-2014 |
| | ADDITIONAL TAX ASSESSED 92254-674-52002-4  20144005 | 0.00 | | 10-20-2014 |
| | INTEREST ASSESSED 20154205 | 160.74 | | 11-09-2015 |
| 07-26-2016 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-12-2016 | FEDERAL TAX LIEN | | | |
| 08-03-2016 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

MARK A LOVELY                    EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|----------------------------|--------------------------------|

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

FORM 4340  (REV. 01-2002)               PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARK A LOVELY                        EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------|------------|------------|

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

01-08-2017 INITIAL LEVY ISSUED

02-13-2017 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

10-20-2014 Statutory Notice of Balance Due

12-15-2014 Statutory Notice of Intent to Levy

11-09-2015 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                 PAGE    3

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC 2012
------------------------------------------------------------------------


BALANCE        5,160.74

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Christina L Brandon_

PRINT NAME: _Benjamin F. Ray_

TITLE: _Accounting Operations Manager_

DELEGATION ORDER: _KCSPC-11-5-01_


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 12/27/2017

FORM 4340  (REV. 01-2002)                    PAGE    4

**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date: **JAN 0 3 2018**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form CVPN, Civil Penalty for Mark A Lovely in

respect to the period ending December 31, 2013 reflecting all assessments, penalties, interest, abatements,

credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this

office as of the date of this certification are shown therein. Consisting of 4 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christina L Brandon*

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 92254-563-52022-4  20142505 | 5,000.00 | | 07-07-2014 |
| | ADDITIONAL TAX ASSESSED 92254-563-52022-4  20142505 | 0.00 | | 07-07-2014 |
| | INTEREST ASSESSED 20154205 | 205.47 | | 11-09-2015 |
| 07-26-2016 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-12-2016 | FEDERAL TAX LIEN | | | |
| 08-03-2016 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 08-18-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-----|-----|-----|

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

FORM 4340  (REV. 01-2002)              PAGE   2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|

--------------------------------------------------------------------------------

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

08-18-2016 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

01-08-2017 INITIAL LEVY ISSUED

02-13-2017 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

07-07-2014 Statutory Notice of Balance Due

09-01-2014 Statutory Notice of Intent to Levy

11-09-2015 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2013
--------------------------------------------------------------------------------


BALANCE        5,205.47                          .

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Christina L Brandon_

PRINT NAME: _Benjamin F. Ray_

TITLE: _Accounting Operations Manager_

DELEGATION ORDER: _KCSPC-11-5-01_


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 12/27/2017

FORM 4340  (REV. 01-2002)                PAGE    4



# United States    of America

### Department of the Treasury
### Internal Revenue Service

Date:    JAN 0 3 2018

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the form CVPN, Civil Penalty for Mark A Lovely in

respect to the period ending December 31, 2015 reflecting all assessments, penalties, interest, abatements,

credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this

office as of the date of this certification are shown therein. Consisting of 2 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christina R Brandon*

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC  2015

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|--------------|--------------|--------------|
| | MISCELLANEOUS PENALTY IRC 6702 PENALTY FOR FILING FRIVOLOUS INCOME TAX RETURN 71254-749-52002-6  20165005 | 5,000.00 | | 01-02-2017 |
| | ADDITIONAL TAX ASSESSED 71254-749-52002-6  20165005 | 0.00 | | 01-02-2017 |
| 02-06-2017 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 02-20-2017 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-10-2017 | FEDERAL TAX LIEN | | | |
| 02-16-2017 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-24-2017 | INITIAL LEVY ISSUED | | | |
| 01-02-2017 | Statutory Notice of Balance Due | | | |
| 02-06-2017 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE   1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC 2015
--------------------------------------------------------------------------------


BALANCE        5,000.00

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: Christina L Brandon

PRINT NAME: Benjamin F. Ray

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 12/27/2017

FORM 4340  (REV. 01-2002)              PAGE   2

**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date:     JAN 0 3 2018

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is an exact transcript of the form CVPN, Civil Penalty for Mark A Lovely in

respect to the period ending December 31, 2016 reflecting all assessments, penalties, interest, abatements,

credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this

office as of the date of this certification are shown therein. Consisting of 2 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Christina L Brandon*

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN     TAX PERIOD: DEC  2016

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | MISCELLANEOUS PENALTY<br>IRC 6702 PENALTY FOR<br>FILING FRIVOLOUS INCOME<br>TAX RETURN<br>71254-581-52002-7  20172705 | 5,000.00 | | 07-24-2017 |
| | ADDITIONAL TAX ASSESSED<br>71254-581-52002-7  20172705 | | 0.00 | 07-24-2017 |
| 09-11-2017 | MODULE IN FEDERAL PAYMENT<br>LEVY PROGRAM | | | |
| 09-01-2017 | FEDERAL TAX LIEN | | | |
| 09-25-2017 | FEES AND COLLECTION COSTS | | 6.00 | |
| 09-07-2017 | LIEN FILING COLLECTION<br>DUE PROCESS NOTICE ISSUED | | | |
| 10-23-2017 | INTENT TO LEVY COLLECTION<br>DUE PROCESS NOTICE LEVY<br>NOTICE ISSUED | | | |
| 11-13-2017 | INITIAL LEVY ISSUED | | | |
| 10-25-2017 | INTENT TO LEVY COLLECTION<br>DUE PROCESS NOTICE RETURN<br>RECEIPT SIGNED | | | |
| 07-24-2017 | Statutory Notice of Balance Due | | | |
| 08-28-2017 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE   1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

MARK A LOVELY                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2016
------------------------------------------------------------------------


BALANCE        5,006.00

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Christina L Brandon_

PRINT NAME: _Benjamin F. Ray_

TITLE: _Accounting Operations Manager_

DELEGATION ORDER: _KCSPC-11-5-01_


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 12/27/2017

FORM 4340  (REV. 01-2002)              PAGE    2