**Form 4549**
(Rev. March 2005)

Department of the Treasury-Internal Revenue Service

# Income Tax Examination Changes

Page 1 of 4

| Name and Address of Taxpayer | Taxpayer Identification Number | | Return Form No.: 1040 |
|---|---|---|---|
| Mark A. Lovely<br>1235 Amy Lee Trail<br>Kernersville NC 27284 | Person with whom examination changes were discussed. | Name and Title: | |

| 1. Adjustments to Income | Period End<br>12/31/2000 | Period End | Period End<br>12/31/2003 |
|---|---|---|---|
| a. Wages, Salaries and Tips, etc. | 46,041.00 | | 33,637.00 |
| b. Capital Gain or Loss | 3,678.00 | | |
| c. Standard Deduction | (3,675.00) | | (4,750.00) |
| d. Exemptions | (2,800.00) | | (3,050.00) |
| e. Unemployment Compensation | | | 3,264.00 |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 43,244.00 | | 29,101.00 |
| 3. Taxable Income Per Return or as Previously Adjusted | 0.00 | | 0.00 |
| 4. Corrected Taxable Income | 43,244.00 | | 29,101.00 |
|     Tax Method | SCHEDULE D | | TAX TABLE |
|     Filing Status | Married Separate | | Married Separate |
| 5. Tax | 8,967.00 | | 4,091.00 |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 8,967.00 | | 4,091.00 |
| 8. Less Credits    a. Rate Reduction Credit | | | |
|      b. | | | |
|      c. | | | |
|      d. | | | |
| 9. Balance (Line 7 less Lines 8a through 8d) | 8,967.00 | | 4,091.00 |
| 10. Plus Other Taxes   a. | | | |
|      b. | | | |
|      c. | | | |
|      d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a through 10d) | 8,967.00 | | 4,091.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | | 0.00 |
| 13. Adjustments to: a. | | | |
|      b. | | | |
|      c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment-Decrease in Tax)<br>(Line 11 less Line 12 adjusted by Lines 13a plus 13b) | 8,967.00 | | 4,091.00 |
| 15. Adjustments to Prepayment Credits - Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15)<br>(Excluding interest and penalties) | 8,967.00 | | 4,091.00 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest income) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

**Government Exhibit C**

| Form **4549** (Rev. March 2005) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | | Page __3__ of __4__ | |
|---|---|---|---|---|
| Name and Address of Taxpayer | | Taxpayer Identification Number | Return Form No.: 1040 | |
| Mark A. Lovely<br>1235 Amy Lee Trail<br>Kernersville NC 27284 | | Person with whom examination changes were discussed | Name and Title: | |

| 1. Adjustments to Income | Period End 12/31/2004 | Period End 12/31/2005 | Period End 12/31/2006 |
|---|---|---|---|
| a. Interest Income | 21.00 | | |
| b. Wages, Salaries and Tips, etc. | 40,654.00 | 29,500.00 | 41,400.00 |
| c. Standard Deduction | (4,850.00) | (5,000.00) | (5,150.00) |
| d. Exemptions | (3,100.00) | (3,200.00) | (3,300.00) |
| e. IRA Distributions | | | 10,135.00 |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 32,725.00 | 21,300.00 | 43,085.00 |
| 3. Taxable Income Per Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 4. Corrected Taxable Income | 32,725.00 | 21,300.00 | 43,085.00 |
| Tax Method | TAX TABLE | TAX TABLE | TAX TABLE |
| Filing Status | Married Separate | Married Separate | Married Separate |
| 5. Tax | 4,919.00 | 2,834.00 | 7,326.00 |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 4,919.00 | 2,834.00 | 7,326.00 |
| 8. Less Credits a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 9. Balance (Line 7 less Lines 8a through 8d) | 4,919.00 | 2,834.00 | 7,326.00 |
| 10. Plus Other Taxes a. Tax on Qualified Plans | | | 1,013.50 |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a through 10d) | 4,919.00 | 2,834.00 | 8,339.50 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 13. Adjustments to: a. | | | |
| b. | | | |
| c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment-Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a plus 13b) | 4,919.00 | 2,834.00 | 8,339.50 |
| 15. Adjustments to Prepayment Credits - Increase (Decrease) | | | 2,064.00 |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 4,919.00 | 2,834.00 | 6,275.50 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest income) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23105A     www.irs.gov     Form 4549 (Rev. 3-2005)

| Income Lead Sheet ||||| 
|---|---|---|---|---|
| Tax Period | Per Return | Per Exam | Adjustment | Reference |
| 200012 | .00 | 46,041.00 | 46,041.00 | 400-3 |
| 200112 | .00 | 42,297.00 | 42,297.00 | 400-9 |
| 200312 | .00 | 33,637.00 | 33,637.00 | 400-19 |
| 200412 | .00 | 40,654.00 | 40,654.00 | 400-23 |
| 200512 | .00 | 29,500.00 | 29,500.00 | 400-28 |
| 200612 | .00 | 41,400.00 | 41,400.00 | 400-52 |

**Conclusion:** *(Reflects the final determination on the issue.)*
An adjustment to include wages in income was required.

| Audit Steps: *(Document audit steps taken or to be taken.)* | Workpaper Reference |
|---|---|
| 1. Review IRP documents | 400-2 |
| 2. Question the taxpayer | T/p did not appear for the interview |

**Facts:** *(Document the relevant facts.)*
The taxpayer is a W-2 wage earner who did not file a tax return for the years under exam. He received the following wages during each year:

| YEAR | PAYOR | WAGES PAID |
|---|---|---|
|  |  |  |
| 2000 | Triad International Maintenance Corp. | $46,041 |
|  |  |  |
| 2003 | Triad International Maintenance Corp. | $33,637 |
| 2004 | Triad International Maintenance Corp. | $40,654 |
| 2005 | Triad International Maintenance Corp. | $10,215 |
| 2005 | Tradewinds Airline Inc. | $19,285 |
| 2006 | Tradewinds Airline Inc. | $31,997 |
| 2006 | Pace Airlines Inc. | $350 |
| 2006 | USA Carriers Inc. | $9,053 |

**Law:** *(Tax Law, Regulations, court cases, and other authorities. If Unagreed, include Argument)*
IRC Section: 61

Specific citations:

**Taxpayer Position:** *(If applicable)*
None provided at this time.

| Form **4549** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | Page 1 of 2 |
|---|---|---|

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: 1040EZ |
|---|---|---|
| MARK A LOVELY<br>1235 AMYLEE TRL<br>KERNERSVILLE NC 27284-9445 | Person with whom examination changes were discussed. | Name and Title: |

| 1. Adjustments to Income | Period End 12/31/2011 | Period End | Period End |
|---|---|---|---|
| a. Form 1099-G: Employment Security Commission of NC | 318.00 | | |
| b. Form W-2: Triad International Maint Corporation | 48,186.00 | | |
| c. Standard Deduction | (5,800.00) | | |
| d. Exemptions | (3,700.00) | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 39,004.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | (9,500.00) | | |
| 4. Corrected Taxable Income | 39,004.00 | | |
| Tax Method | TAX TABLE | | |
| Filing Status | Single | | |
| 5. Tax | 5,881.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 5,881.00 | | |
| 8. Less Credits a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 9. Balance *(Line 7 less Lines 8a through 8d)* | 5,881.00 | | |
| 10. Plus Other Taxes a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability *(Line 9 plus Lines 10a through 10d)* | 5,881.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | | |
| 13. Adjustments to: a. | | | |
| b. | | | |
| c. | | | |
| 14. Deficiency-Increase in Tax or *(Overassessment-Decrease in Tax)* *(Line 11 less Line 12 adjusted by Lines 13a through 13c)* | 5,881.00 | | |
| 15. Adjustments to Prepayment Credits - Increase *(Decrease)* See Attached | (2,773.00) | | |
| 16. Balance Due or *(Overpayment)* - *(Line 14 adjusted by Line 15)* *(Excluding interest and penalties)* | 8,654.00 | | |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest income)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Catalog Number 23105A | www.irs.gov | Form 4549 (Rev. 5-2008) |
|---|---|---|

| Form **4549** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | | Page 1 of 2 |
|---|---|---|---|
| Name and Address of Taxpayer<br>MARK A LOVELY<br>1235 AMYLEE TRL<br>KERNERSVILLE NC 27284-9445 | Taxpayer Identification Number | | Return Form No.:<br>1040EZ |
| | Person with whom examination changes were discussed. | Name and Title: | |

| 1. Adjustments to Income | Period End 12/31/2012 | Period End | Period End |
|---|---|---|---|
| a. Wages-W-2 Income. | 29,223.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 29,223.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | (9,750.00) | | |
| 4. Corrected Taxable Income | 19,473.00 | | |
| Tax Method | TAX TABLE | | |
| Filing Status | Single | | |
| 5. Tax | 2,486.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 2,486.00 | | |
| 8. Less Credits  a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 9. Balance (Line 7 less Lines 8a through 8d) | 2,486.00 | | |
| 10. Plus Other Taxes  a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a through 10d) | 2,486.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | | |
| 13. Adjustments to:  a. | | | |
| b. | | | |
| c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment-Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 2,486.00 | | |
| 15. Adjustments to Prepayment Credits - Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 2,486.00 | | |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest income) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23105A   www.irs.gov   Form 4549 (Rev. 5-2008)