



United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

```
Request Date:    08-30-2018
Response Date:   08-30-2018
Tracking Number: 100406175491
```

**SSN Provided:**
**Tax Period Requested:** December, 2010

## Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN):
MAYBERRY HR OUTSOURCING INC.
P O BOX 241448
CHARLOTTE, NC 28224-1448

**Employee:**
Employee's Social Security Number:
MARK ANTHONY LOVELY
1235 AMY LEE TRAIL
KERNERSVILLE, NC 27284-0000

| | Original document |
|---|---|
| Submission Type: | |
| Wages, Tips and Other Compensation: | $512.00 |
| Federal Income Tax Withheld: | $0.00 |
| Social Security Wages: | $512.00 |
| Social Security Tax Withheld: | $31.00 |
| Medicare Wages and Tips: | $512.00 |
| Medicare Tax Withheld: | $7.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Advanced EIC Payment: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |

| | |
|---|---:|
| Code "CC" (For employer use only) - HIRE Exempt Wages and Tips: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

# Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN):
TRIAD INTERNATIONAL MAINT CORPORATI
623 RADAR RD
GREENSBORO, NC 27410-0000

**Employee:**
Employee's Social Security Number:
MARK LOVELY
1235 AMY LEE TRL
KERNERSVILLE, NC 27284-0000

| | |
|---|---:|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $49,246.00 |
| Federal Income Tax Withheld: | $5,849.00 |
| Social Security Wages: | $49,246.00 |
| Social Security Tax Withheld: | $3,053.00 |
| Medicare Wages and Tips: | $49,246.00 |
| Medicare Tax Withheld: | $714.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Advanced EIC Payment: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Code "CC" (For employer use only) - HIRE Exempt Wages and Tips: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Wage and Income Transcript

Request Date: 08-30-2018
Response Date: 08-30-2018
Tracking Number: 100406175491

**SSN Provided:**
**Tax Period Requested:** December, 2011

# Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN):
TRIAD INTERNATIONAL MAINT CORPORATI
623 RADAR RD
GREENSBORO, NC 27410-0000

**Employee:**
Employee's Social Security Number:
MARK LOVELY
1235 AMY LEE TRL
KERNERSVILLE, NC 27284-0000

| | |
|---|---:|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $48,186.00 |
| Federal Income Tax Withheld: | $4,437.00 |
| Social Security Wages: | $48,186.00 |
| Social Security Tax Withheld: | $2,023.00 |
| Medicare Wages and Tips: | $48,186.00 |
| Medicare Tax Withheld: | $698.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Code "DD" Cost of Employer-Sponsored Health Coverage: | $0.00 |

| | |
|---|---:|
| Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b) Plan: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

# Form 1099-G

**Payer:**
Payer's Federal Identification Number (FIN):
EMPLOYMENT SECURITY COMMISSION OF N. C.
PO BOX 25903
RALEIGH, NC 27611-5903

**Recipient:**
Recipient's Identification Number:
MARK A LOVELY
1235 AMY LEE TRAIL
KERNERSVILLE, NC 27284-9445

| | |
|---|---:|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| ATAA Payments: | 0.00 |
| Tax Withheld: | 0.00 |
| Taxable Grants: | 0.00 |
| Unemployment Compensation: | $318.00 |
| Agricultural Subsidies: | 0.00 |
| Prior Year Refund: | 0.00 |
| Market gain on Commodity Credit Corporation loans repaid on or after January 1, 2008: | 0.00 |
| Year of Refund: | Not Set |
| 1099G Offset: | Not Refund, Credit, or Offset for Trade or Business |

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Wage and Income Transcript

|  |  |
|---|---|
| Request Date: | 08-30-2018 |
| Response Date: | 08-30-2018 |
| Tracking Number: | 100406175491 |

**SSN Provided:**
**Tax Period Requested:** December, 2012

# Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN):
SKY LEASE I INC
243 A BURGESS ROAD
GREENSBORO, NC 27409-0000

**Employee:**
Employee's Social Security Number:
MARK LOVELY
1235 AMY LEE TRAIL
KERNERSVILLE, NC 27284-0000

| | |
|---|---:|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $11,153.00 |
| Federal Income Tax Withheld: | $0.00 |
| Social Security Wages: | $11,153.00 |
| Social Security Tax Withheld: | $468.00 |
| Medicare Wages and Tips: | $11,153.00 |
| Medicare Tax Withheld: | $161.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Code "DD" Cost of Employer-Sponsored Health Coverage: | $0.00 |

| | |
|---|---:|
| Code "EE" Designated ROTH Contributions Under a Governmental Section 457 (b) Plan: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

# Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN):
TRIAD INTERNATIONAL MAINT CORPORATI
623 RADAR RD
GREENSBORO, NC 27410-0000

**Employee:**
Employee's Social Security Number:
MARK LOVELY
1235 AMY LEE TRL
KERNERSVILLE, NC 27284-0000

| | |
|---|---:|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $18,070.00 |
| Federal Income Tax Withheld: | $0.00 |
| Social Security Wages: | $18,070.00 |
| Social Security Tax Withheld: | $758.00 |
| Medicare Wages and Tips: | $18,070.00 |
| Medicare Tax Withheld: | $262.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $1,730.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Code "DD" Cost of Employer-Sponsored Health Coverage: | $3,294.00 |
| Code "EE" Designated ROTH Contributions Under a Governmental Section 457 (b) Plan: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

# Form 5498 SA

**Internal Revenue Service**
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

# Wage and Income Transcript

Request Date: 08-30-2018
Response Date: 08-30-2018
Tracking Number: 100406175491

**SSN Provided:**
**Tax Period Requested:** December, 2013

# Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN):
SKY LEASE I INC
243 A BURGESS ROAD
GREENSBORO, NC 27409-0000

**Employee:**
Employee's Social Security Number:
MARK LOVELY
1235 AMY LEE TRAIL
KERNERSVILLE, NC 27284-0000

| | |
|---|---:|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $50,884.00 |
| Federal Income Tax Withheld: | $0.00 |
| Social Security Wages: | $50,884.00 |
| Social Security Tax Withheld: | $3,154.00 |
| Medicare Wages and Tips: | $50,884.00 |
| Medicare Tax Withheld: | $737.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Code "DD" Cost of Employer-Sponsored Health Coverage: | $0.00 |

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Wage and Income Transcript

```
                                    Request Date:     08-30-2018
                                    Response Date:    08-30-2018
                                    Tracking Number:  100406175491
```

**SSN Provided:**
**Tax Period Requested:** December, 2014

# Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN):
ART LINE SERVICES LLC
6321B BRYAN BLVD
GREENSBORO, NC 27409-9418

**Employee:**
Employee's Social Security Number
MARK LOVELY
1235 AMY LEE TRAIL
KERNERSVILLE, NC 27284-0000

| | |
|---|---|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $640.00 |
| Federal Income Tax Withheld: | $0.00 |
| Social Security Wages: | $0.00 |
| Social Security Tax Withheld: | $0.00 |
| Medicare Wages and Tips: | $0.00 |
| Medicare Tax Withheld: | $0.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Code "DD" Cost of Employer-Sponsored Health Coverage: | $0.00 |

| | |
|---|---:|
| Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b) Plan: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

# Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN):
SKY LEASE I INC
243 A BURGESS ROAD
GREENSBORO, NC 27409-0000

**Employee:**
Employee's Social Security Number:
MARK LOVELY
1235 AMY LEE TRAIL
KERNERSVILLE, NC 27284-0000

| | |
|---|---:|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $46,797.00 |
| Federal Income Tax Withheld: | $0.00 |
| Social Security Wages: | $46,797.00 |
| Social Security Tax Withheld: | $2,901.00 |
| Medicare Wages and Tips: | $46,797.00 |
| Medicare Tax Withheld: | $678.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Code "DD" Cost of Employer-Sponsored Health Coverage: | $0.00 |
| Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b) Plan: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

# Form W-2 Wage and Tax Statement

8/30/2018

**Employer:**

Employer Identification Number (EIN):
SWIFT AIR LLC
PO BOX 20683
PHOENIX, AZ 85036-0000

**Employee:**

Employee's Social Security Number:
MARK LOVELY
1235 AMY LEE TRAIL
KERNERSVILLE, NC 27284-0000

| | |
|---|---|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $11,153.00 |
| Federal Income Tax Withheld: | $0.00 |
| Social Security Wages: | $11,153.00 |
| Social Security Tax Withheld: | $691.00 |
| Medicare Wages and Tips: | $11,153.00 |
| Medicare Tax Withheld: | $161.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Code "DD" Cost of Employer-Sponsored Health Coverage: | $0.00 |
| Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b) Plan: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

```
This Product Contains Sensitive Taxpayer Data
```

# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |

## Wage and Income Transcript

```
                                        Request Date:    08-30-2018
                                        Response Date:   08-30-2018
                                        Tracking Number: 100406175491
```

**SSN Provided:**
**Tax Period Requested:** December, 2015

# Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN):
SKY LEASE 1 INC
10625 N KENDALL DRIVE
MIAMI, FL 33126-0000

**Employee:**
Employee's Social Security Number:
MARK LOVELY
1235 AMY LEE TRAIL
KERNERSVILLE, NC 27284-0000

| | |
|---|---:|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $36,272.00 |
| Federal Income Tax Withheld: | $2,591.00 |
| Social Security Wages: | $36,272.00 |
| Social Security Tax Withheld: | $2,248.00 |
| Medicare Wages and Tips: | $36,272.00 |
| Medicare Tax Withheld: | $525.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Code "DD" Cost of Employer-Sponsored Health Coverage: | $0.00 |

| | |
|---|---|
| Code "EE" Designated ROTH Contributions Under a Governmental Section 457 (b) Plan: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

## Form W-2 Wage and Tax Statement

**Employer:**

Employer Identification Number (EIN):
SWIFT AIR LLC
PO BOX 20683
PHOENIX, AZ 85036-0000

**Employee:**

Employee's Social Security Number:
MARK LOVELY
1235 AMY LEE TRAIL
KERNERSVILLE, NC 27284-0000

| | |
|---|---|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $14,686.00 |
| Federal Income Tax Withheld: | $0.00 |
| Social Security Wages: | $14,686.00 |
| Social Security Tax Withheld: | $910.00 |
| Medicare Wages and Tips: | $14,686.00 |
| Medicare Tax Withheld: | $212.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Code "DD" Cost of Employer-Sponsored Health Coverage: | $0.00 |
| Code "EE" Designated ROTH Contributions Under a Governmental Section 457 (b) Plan: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

## Form 1099-B Proceeds From Broker and Barter Exchange

Page 13 of 14



**Internal Revenue Service**
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |

# Wage and Income Transcript

| | |
|---|---|
| Request Date: | 08-30-2018 |
| Response Date: | 08-30-2018 |
| Tracking Number: | 100406175491 |

**SSN Provided:**
**Tax Period Requested:** December, 2016

# Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN): 202512506
SWIFT AIR LLC
PO BOX 20683
PHOENIX, AZ 85036-0000

**Employee:**
Employee's Social Security Number:
MARK LOVELY
1235 AMY LEE TRAIL
KERNERSVILLE, NC 27284-0000

| | |
|---|---:|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $22,411.00 |
| Federal Income Tax Withheld: | $0.00 |
| Social Security Wages: | $22,411.00 |
| Social Security Tax Withheld: | $1,389.00 |
| Medicare Wages and Tips: | $22,411.00 |
| Medicare Tax Withheld: | $324.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Code "DD" Cost of Employer-Sponsored Health Coverage: | $0.00 |

Case 1:18-cv-00102-LCB-JEP   Document 24-6   Filed 12/17/18   Page 13 of 14

| | |
|---|---:|
| Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b) Plan: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |
| W2 Submission Type: | Original |
| W2 WHC SSN Validation Code: | Correct SSN |

# Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN):
SWIFT AIR L.L.C.
P O BOX 20683
PHOENIX, AZ 85036-0000

**Recipient:**
Recipient's Identification Number:
MARK A LOVELY
1235 AMYLEE TRAIL
KERNERSVILLE, NC 27284-0000

| | |
|---|---:|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $9,120.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Foreign Tax Paid: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |
| Second Notice Indicator: | No Second Notice |

**This Product Contains Sensitive Taxpayer Data**