Exhibit 5

**Form 1040EZ**  Department of the Treasury—Internal Revenue Service
Income Tax Return for Single and Joint Filers With No Dependents (Z1) **2009**  OMB No. 1545-0074

**Label** (See page 9.)
Use the IRS label. Otherwise, please print or type.

Your first name and initial: MARK A
Last name: Lovely
Your social security number:

If a joint return, spouse's first name and initial: 
Last name: 
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see page 9.: 1235 Amy Lee Trail
Apt. no.:

You **must** enter your SSN(s) above.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 9.: Kernersville, NC 27284

**Presidential Election Campaign** (see page 9)

Check here if you, or your spouse if a joint return, want $3 to go to this fund . . ☐ You  ☐ Spouse

Checking a box below will not change your tax or refund.

**Income**
Attach Form(s) W-2 here.
Enclose, but do not attach, any payment.

You may benefit from filing Form 1040A or 1040. See *Before You Begin* on page 4.

1. Wages, salaries, and tips. This should be shown in box 1 of your Form(s) W-2. Attach your Form(s) W-2. ........ 1  0 00
2. Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ. ........ 2  0 00
3. Unemployment compensation in excess of $2,400 per recipient and Alaska Permanent Fund dividends (see page 11). ........ 3  0 00
4. Add lines 1, 2, and 3. This is your **adjusted gross income**. ........ 4  0 00
5. If someone can claim you (or your spouse if a joint return) as a dependent, check the applicable box(es) below and enter the amount from the worksheet on back.
   ☐ You   ☐ Spouse
   If no one can claim you (or your spouse if a joint return), enter $9,350 if **single**; $18,700 if **married filing jointly**. See back for explanation. ........ 5  9350 00
6. Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-. This is your **taxable income**. ........ 6  0 00

**Payments, Credits, and Tax**

7. Federal income tax withheld from Form(s) W-2 and 1099. ........ 7  649 05
8. Making work pay credit (see worksheet on back). ........ 8  0 00
9a. **Earned income credit (EIC)** (see page 13). ........ 9a  0 00
 b. Nontaxable combat pay election. 9b  0 00
10. Add lines 7, 8, and 9a. These are your **total payments and credits**. ........ 10  649 05
11. **Tax.** Use the amount on **line 6** above to find your tax in the tax table on pages 27 through 35 of the instructions. Then, enter the tax from the table on this line. ........ 11  0 00

**Refund**
Have it directly deposited! See page 18 and fill in 12b, 12c, and 12d or Form 8888.

12a. If line 10 is larger than line 11, subtract line 11 from line 10. This is your **refund**. If Form 8888 is attached, check here ☐ ........ 12a  649 05
 b. Routing number: 
 c. Type: ☐ Checking  ☐ Savings
 d. Account number:

**Amount you owe**
13. If line 11 is larger than line 10, subtract line 10 from line 11. This is the **amount you owe**. For details on how to pay, see page 19. ........ 13

**Third party designee**
Do you want to allow another person to discuss this return with the IRS (see page 20)?  ☐ Yes. Complete the following. ☐ No
Designee's name: 
Phone no.: 
Personal identification number (PIN):

**Sign here**
Joint return? See page 6.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return, and to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature: [signed]
Date: 2-9-10
Your occupation: Mechanic
Daytime phone number:

Spouse's signature. If a joint return, **both** must sign.
Date:
Spouse's occupation:

**Paid preparer's use only**
Preparer's signature: 
Date: 
Check if self-employed ☐
Preparer's SSN or PTIN:
Firm's name (or yours if self-employed), address, and ZIP code:
EIN:
Phone no.:

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 36. Cat. No. 11329W  Form **1040EZ** (2009)

# Form 4852 (Rev. August 2013)

**Substitute for Form W-2, Wage and Tax Statement, or Form 1099-R, Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

Department of the Treasury — Internal Revenue Service

▶ Attach to Form 1040, 1040A, 1040-EZ, or 1040X.
▶ Information about Form 4852 is available at www.irs.gov/form4852.

OMB No. 1545-0074

**1 Name(s) shown on return**
Mark A. Lovely

**2 Your social security number**

**3 Address**
1235 Amylee Trail, Kernersville, NC 27284

**4** Enter year in space provided and check one box. For the tax year ending December 31, **2009**,
I have been unable to obtain (or have received an incorrect) ☑ Form W-2 OR ☐ Form 1099-R.
I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

**5 Employer's or payer's name, address, and ZIP code**
Mayberry HR Outsourcing, INC.
P.O. Box 241448 Charlotte, NC 28224-1448 Worksite: Aviation Repair Technologies

**6 Employer's or payer's identification number (if known)**
20-0921506

**7 Form W-2.** Enter wages, tips, other compensation, and taxes withheld.

| | | |
|---|---|---|
| a Wages, tips, and other compensation | 0.00 | g State income tax withheld ..... 161.0026.00 |
| b Social security wages | 0.00 | (Name of state) . North Carolina |
| c Medicare wages and tips | 0.00 | h Local income tax withheld ..... 0.00 |
| d Advance EIC payment | 0.00 | (Name of locality) |
| e Social security tips | 0.00 | i Social security tax withheld ..... 185.38 |
| f Federal income tax withheld | 334.74 | j Medicare tax withheld ..... 43.36 |

**8 Form 1099-R.** Enter distributions from pensions, annuities, retirement/profit-sharing plans, IRAs, insurance contracts, etc.

| | | |
|---|---|---|
| a Gross distribution | | f Federal income tax withheld |
| b Taxable amount | | g State income tax withheld |
| c Taxable amount not determined | ☐ | h Local income tax withheld |
| d Total distribution | ☐ | i Employee contributions |
| e Capital gain (included in line 8b) | | j Distribution codes |

**9** How did you determine the amounts on lines 7 and 8 above?
I received a W-2 which erroneously alleged payments of IRC Sections 3121 & 3401 wages which are hereby disputed. I have earned no wages as defined in Sections 3121 & 3401 which would make me liable for the excise tax.

**10** Explain your efforts to obtain Form W-2, Form 1099-R, or Form W-2c, Corrected Wage and Tax Statement.
None, W-2 was mailed to me before "wage" errors were noted.

**Sign Here**
Under penalties of perjury, I declare that I have examined this statement, and to the best of my knowledge and belief, it is true, correct, and complete.
Signature ▶ [signature]   Date ▶ 2-9-10

## General Instructions

Section references are to the Internal Revenue Code.

**Future developments.** The IRS has created a page on IRS.gov for information about Form 4852, at www.irs.gov/form4852. Information about any future developments affecting Form 4852 (such as legislation enacted after we release it) will be posted on that page.

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R and is completed by you or your representatives when (a) your employer or payer does not issue you a Form W-2 or Form 1099-R or (b) an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return, before any supporting forms or schedules.

You should always attempt to get Form W-2, Form W-2c, or Form 1099-R from your employer or payer before contacting the IRS or filing Form 4852. If you do not receive the missing or corrected form from your employer or payer by February 14, you may call the IRS at 1-800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment, and your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS also will send you a Form 4852. If you do not receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you.

If you received an incorrect Form W-2 or Form 1099-R, you should always attempt to have your employer or payer issue a corrected form before filing Form 4852.

**Note.** Retain a copy of Form 4852 for your records. To help **protect your social security benefits**, keep a copy of Form 4852 until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year. After September 30 following the date shown on line 4, you may use a *my* Social Security online account to verify wages reported by your employers. Please visit www.ssa.gov/myaccount. Or, you may contact your local SSA office to verify wages reported by your employer.

**Will I need to amend my return?** If you receive a Form W-2, Form W-2c, or Form 1099-R after your return is filed with Form 4852, and the information differs from the information reported on your return,

For Paperwork Reduction Act Notice, see page 2.   Cat. No. 42058U   Form **4852** (Rev. 8-2013)

# Form 4852
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

**Substitute for Form W-2, Wage and Tax Statement, or Form 1099-R, Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

▶ Attach to Form 1040, 1040A, 1040-EZ, or 1040X.
▶ Information about Form 4852 is available at *www.irs.gov/form4852.*

OMB No. 1545-0074

**1** Name(s) shown on return
Mark A. Lovely

**2** Your social security number

**3** Address
1235 Amylee Trail, Kernersville, NC 27284

**4** Enter year in space provided and check one box. For the tax year ending December 31, __2009__,
I have been unable to obtain (or have received an incorrect) ☑ Form W-2 OR ☐ Form 1099-R.
I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

**5** Employer's or payer's name, address, and ZIP code
Aviation Repair Technologies; LLC
2513 Atlanta St. Blytheville, AR 72315

**6** Employer's or payer's identification number (if known)
26-2059006

**7** Form W-2. Enter wages, tips, other compensation, and taxes withheld.

| | | | | | |
|---|---|---|---|---|---|
| a | Wages, tips, and other compensation | 0.00 | g | State income tax withheld | 26.00 |
| b | Social security wages | 0.00 | | (Name of state) North Carolina | |
| c | Medicare wages and tips | 0.00 | h | Local income tax withheld | 0.00 |
| d | Advance EIC payment | 0.00 | | (Name of locality) | |
| e | Social security tips | 0.00 | i | Social security tax withheld | 66.92 |
| f | Federal income tax withheld | 0.00 | j | Medicare tax withheld | 15.65 |

**8** Form 1099-R. Enter distributions from pensions, annuities, retirement/profit-sharing plans, IRAs, insurance contracts, etc.

| | | | | | |
|---|---|---|---|---|---|
| a | Gross distribution | | f | Federal income tax withheld | |
| b | Taxable amount | | g | State income tax withheld | |
| c | Taxable amount not determined | ☐ | h | Local income tax withheld | |
| d | Total distribution | ☐ | i | Employee contributions | |
| e | Capital gain (included in line 8b) | | j | Distribution codes | |

**9** How did you determine the amounts on lines 7 and 8 above?
I received a W-2 which erroneously alleged payments of IRC Sections 3121 & 3401 wages which are hereby disputed. I have earned no wages as defined in Sections 3121 & 3401 which would make me liable for the excise tax.

**10** Explain your efforts to obtain Form W-2, Form 1099-R, or Form W-2c, Corrected Wage and Tax Statement.
None, W-2 was mailed to me before "wage" errors were noted.

**Sign Here**
Under penalties of perjury, I declare that I have examined this statement, and to the best of my knowledge and belief, it is true, correct, and complete.
Signature ▶ [signature]     Date ▶ 2-9-10

## General Instructions

Section references are to the Internal Revenue Code.

**Future developments.** The IRS has created a page on IRS.gov for information about Form 4852, at *www.irs.gov/form4852*. Information about any future developments affecting Form 4852 (such as legislation enacted after we release it) will be posted on that page.

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R and is completed by you or your representatives when (a) your employer or payer does not issue you a Form W-2 or Form 1099-R or (b) an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return, before any supporting forms or schedules.

You should always attempt to get Form W-2, Form W-2c, or Form 1099-R from your employer or payer before contacting the IRS or filing Form 4852. If you do not receive the missing or corrected form from your employer or payer by February 14, you may call the IRS at 1-800-829-1040 for assistance. You must provide your name, address (including ZIP code), phone number, social security number, and dates of employment, and your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact your employer or payer and request the missing form. The IRS also will send you a Form 4852. If you do not receive the missing form in sufficient time to file your income tax return timely, you may use the Form 4852 that the IRS sent you.

If you received an incorrect Form W-2 or Form 1099-R, you should always attempt to have your employer or payer issue a corrected form before filing Form 4852.

**Note.** Retain a copy of Form 4852 for your records. To help **protect your social security benefits,** keep a copy of Form 4852 until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year. After September 30 following the date shown on line 4, you may use a *my* Social Security online account to verify wages reported by your employers. Please visit *www.ssa.gov/myaccount*. Or, you may contact your local SSA office to verify wages reported by your employer.

**Will I need to amend my return?** If you receive a Form W-2, Form W-2c, or Form 1099-R after your return is filed with Form 4852, and the information differs from the information reported on your return,

For Paperwork Reduction Act Notice, see page 2.  Cat. No. 42058U  Form **4852** (Rev. 8-2013)