

```
PO BOX 16226                    In reply refer to: 0544300093
PHILADELPHIA    PA   19114-0226  Apr. 19, 2010  LTR 2645C  K0
                                                200912 30
                                Input Op: 0509905424 00001293
                                                     BODC: WI
```



001545

MARK A LOVELY
1235 AMYLEE TRL
KERNERSVILLE   NC   27284-9445

Taxpayer Identification Number: ***-**-7208
Tax Period(s): Dec. 31, 2009

Form: 1040

Dear Taxpayer:

Thank you for your correspondence received Mar. 22, 2010.

We haven't resolved this matter because we haven't completed all the research necessary for a complete response. We will contact you again within 45 days to let you know what action we are taking. You don't need to do anything further now on this matter.

If you have a current installment agreement with us, please continue to make scheduled payments while waiting for our response. Even if you do not have a formal installment agreement, you may make payments to reduce the balance owed and minimize interest and penalty charges. To help us apply payments properly, make your check or money order payable to the United States Treasury. Ensure your name, address, daytime telephone number, social security or employer identification number, tax form and tax year are shown on the payment.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter with your telephone number and the hours we can reach you entered in the spaces provided below. You may want to keep a copy of this letter for your records.

Your telephone number (___)_____  Hours _____

```
                                                      0544300093
                                Apr. 19, 2010   LTR 2645C  K0
                                ███-██-████       200912 30
                                Input Op:  0509905424 00001294
```

MARK A LOVELY
1235 AMYLEE TRL
KERNERSVILLE   NC   27284-9445


We apologize for any inconvenience we may have caused you, and thank you for your cooperation.

                              Sincerely yours,

                              *Ivy S. McChesney*

                              Ivy S. McChesney
                              Field Director, Accounts Management



IRS Department of the Treasury
Internal Revenue Service
PO BOX 16226
PHILADELPHIA PA 19114-0226

In reply refer to: 0544300093
June 02, 2010 LTR 2644C K0
▇▇▇▇▇▇▇▇▇ 200912 30
Input Op: 0509905820 00001518
BODC: WI

MARK A LOVELY
1235 AMYLEE TRL
KERNERSVILLE NC 27284-9445

Taxpayer Identification Number: ▇▇▇▇▇▇▇▇▇
Tax Period(s): Dec. 31, 2009
Form: 1040

Dear Taxpayer:

We previously sent you a letter concerning your inquiry received Mar. 22, 2010. Although we try to respond quickly, extensive research is often required. At this time we are unable to provide a complete response because:

    Due to heavy workload, we have not yet completed our research to resolve your inquiry.

    While waiting to hear from us, you can still make payments to reduce your tax liability and interest charges. To help us apply a payment properly, please write the taxpayer identification number and tax period listed at the top of this letter on your check or money order.

Please allow an additional 45 days for us to obtain the information we need and to let you know what action we are taking.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include your telephone number, the hours we can reach you, and this letter. Keep a copy of this letter for your records.

Your Telephone Number (____)_____ Hours _____

```
                                                        0544300093
                                        June 02, 2010  LTR 2644C   K0
                                                        200912 30
                                        Input Op: 0509905820 00001519
```

```
MARK A LOVELY
1235 AMYLEE TRL
KERNERSVILLE   NC   27284-9445
```

We apologize for any inconvenience we may have caused you, and thank you for your cooperation.

                          Sincerely yours,

                          Ivy S. McChesney
                          Field Director, Accounts Management



```
ATLANTA  GA  39901-0025          In reply refer to: 0739900025
                                 July 16, 2010   LTR 2645C  K0
                                                 200912 30
                                 Input Op: 0709960197 00026043
                                                    BODC: WI
```



MARK A LOVELY
1235 AMYLEE TRL
KERNERSVILLE   NC   27284-9445

20482

      Taxpayer Identification Number: ▊▊▊▊▊▊▊▊
              Tax Period(s): Dec. 31, 2009
                      Form: 1040

Dear Taxpayer:

Thank you for your correspondence received June 14, 2010.

We haven't resolved this matter because we haven't completed all the research necessary for a complete response. We will contact you again within 45 days to let you know what action we are taking. You don't need to do anything further now on this matter.

If you have a current installment agreement with us, please continue to make scheduled payments while waiting for our response. Even if you do not have a formal installment agreement, you may make payments to reduce the balance owed and minimize interest and penalty charges. To help us apply payments properly, make your check or money order payable to the United States Treasury. Ensure your name, address, daytime telephone number, social security or employer identification number, tax form and tax year are shown on the payment.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter with your telephone number and the hours we can reach you entered in the spaces provided below. You may want to keep a copy of this letter for your records.

Your telephone number (____)_____   Hours _____

```
                                            0739900025
                        July 16, 2010   LTR 2645C   K0
                        ▬▬▬▬▬▬▬▬          200912 30
                        Input Op:  0709960197 00026044
```

MARK A LOVELY
1235 AMYLEE TRL
KERNERSVILLE   NC   27284-9445




We apologize for any inconvenience we may have caused you, and thank you for your cooperation.


                        Sincerely yours,

                        *Rebecca H Henderson*

                        Rebecca H. Henderson
                        Dept. Manager, Accounts Management

**Department of the Treasury**
**Internal Revenue Service**

Date:

07/19/2010

Re: Your Inquiry dated

06/10/2010

Taxpayer Identification number:

███-51-7208

Tax period:
200912

Mark A Lovely:

Thank you for your correspondence dated June 10, 2010 in which you responded to our 2645C Letter indicating that we had not come to a decision about your tax liability and interest for prior years. We still have not come to any conclusion and we need more time to make a decision. We are sorry for any inconvenience that we might have caused.

Also, enclosed you will find a copy of your 1999 Account Transcript reflecting your current account balance.

Please call the telephone number listed below if you have any questions.

Your telephone number:      Best time to call during normal working hours:

( 800 ) 829-0922             7:00 AM & 8:30 PM M - F


Signature

0542256462              CSR
Employee Number         Title

Form **5260** (Rev. 10-2008)    Catalog Number 42403P    Department of the Treasury
                                                        **Internal Revenue Service**



**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 16226
PHILADELPHIA  PA  19114-0226

In reply refer to: 0544300093
July 20, 2010   LTR 2644C  K0
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     200912 30
Input Op:  0509905347  00001819
BODC: WI

MARK A LOVELY
1235 AMYLEE TRL
KERNERSVILLE  NC  27284-9445



011186

Taxpayer Identification Number: 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
Tax Period(s): Dec. 31, 2009

Form: 1040

Dear Taxpayer:

We previously sent you a letter concerning your inquiry received Mar. 22, 2010. Although we try to respond quickly, extensive research is often required. At this time we are unable to provide a complete response because:

> Due to heavy workload, we have not yet completed our research to resolve your inquiry.

> While waiting to hear from us, you can still make payments to reduce your tax liability and interest charges. To help us apply a payment properly, please write the taxpayer identification number and tax period listed at the top of this letter on your check or money order.

Please allow an additional 45 days for us to obtain the information we need and to let you know what action we are taking.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include your telephone number, the hours we can reach you, and this letter. Keep a copy of this letter for your records.

Your Telephone Number (___)_____     Hours _____

```
                                              0544300093
                            July 20, 2010   LTR 2644C  K0
                            ███████████      200912 30
                            Input Op:  0509905347 00001820
```

MARK A LOVELY
1235 AMYLEE TRL
KERNERSVILLE   NC   27284-9445

We apologize for any inconvenience we may have caused you, and thank
you for your cooperation.

                                  Sincerely yours,

                                  *Ivy S. McChesney*

                                  Ivy S. McChesney
                                  Field Director, Accounts Management


**IRS** Department of the Treasury
Internal Revenue Service

ATLANTA  GA  39901-0025

In reply refer to: 0741123005
Aug. 25, 2010    LTR 89C  E0
‗‗‗‗‗‗‗‗‗‗‗  200912 30
                         00001035
                         BODC: WI

MARK A LOVELY
1235 AMYLEE TRL
KERNERSVILLE  NC  27284-9445



023142

Taxpayer Identification Number: ‗‗‗‗‗‗‗‗‗
         Tax Period(s): Dec. 31, 2009
              Form: 1040
              CISW3666KX

Dear Taxpayer:

Thank you for the inquiry dated June 10, 2010.

Based on the previous letter we received, it appears that you will need to provide more information for the 1999 through 2009 tax periods in order for us to determine if you are due a refund or if income is not taxable. We have received amended returns for specific years and we will address each individual account separately at a later date.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.
Telephone Number (    )_____ Hours_____

We apologize for any inconvenience we may have caused you, and thank you for your cooperation.

```
                                              0741123005
                    Aug. 25, 2010    LTR 89C  EO
                                     200912 30
                                         00001036
```

```
MARK A LOVELY
1235 AMYLEE TRL
KERNERSVILLE   NC   27284-9445
```

Sincerely yours,

*Rebecca H. Henderson*

Rebecca H. Henderson
Dept. Manager, Accounts Management

Enclosure(s):
Copy of this letter

 **Department of the Treasury**
**Internal Revenue Service**

ATLANTA  GA  39901-0025

In reply refer to: 0743424188
Oct. 05, 2010   LTR 474C  EO N
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      200912 30
                       00003155
                 BODC: WI

MARK A LOVELY
1235 AMYLEE TRL
KERNERSVILLE  NC  27284-9445



)51134

```
Social Security Number:  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
       Tax Period(s):  Dec. 31, 2009
              Form:  1040
                     CISFG6BWYV
```

Dear Taxpayer:

Thank you for your inquiry dated Aug. 30, 2010.

Your refund for tax year 2009 was applied to taxes owed on 1999 taxes. Your claims for years for 1999-2008 are still pending. You will receive a response within 60 days on the status of your claims.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (    )_____   Hours_____

Thank you for your cooperation.

```
                                                    0743424188
                        Oct. 05, 2010    LTR 474C   EO  N
                                          200912 30
                                                    00003156
```

MARK A LOVELY
1235 AMYLEE TRL
KERNERSVILLE  NC  27284-9445


                        Sincerely yours,

                        Teri M. Johnson
                        Dept. Manager, Accounts Management

Enclosure(s):
Copy of this letter