IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff. | ) | |
| v. | ) | Case No. 18-cv-102 |
| MARK ANTHONY LOVELY | ) | |
| Defendant, | ) | |

## 2ND RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This 2nd Response in Opposition to Plaintiff's Motion for Summary Judgment is to introduce further evidence in the same vain as the 2009 evidence. This evidence concerns taxyear 2010 which is one of the taxyears that the Plaintiff says that Defendant was a "W-2" wage earner, which he was not, it is also one of the taxyears that Plaintiff says were frivolous, but this to is untrue.

The 2010 Form 1040 and Forms 4852 which are now on the record as evidence, just as in 2009 there is evidence to the contrary to the allegations being made. It can be seen that Defendant signed the 2010 return and Forms 4852 on 2-11-2011. Defendant received LTR 12C dated3-22-2011 which I will attach as Exhibit L. This letter is basically trying to get Defendant to impeach his own Forms 4852 and send in the W-2's which Plaintiff, and IRS already had, but the IRS was searching for ways to get Defendant to basically say that he agreed with the W-2's which the Forms 4852, rebutted/corrected. Defendant answered this letter (LTR 12C) which is page 4 of Exhibit L. Defendant received Notice CP49 Dated April 25, 2011, which will be page 5 of

Exhibit L. Wherein Defendant's refund is applied to 1999, and 2002, which Defendant asked what is the difference between 2010 and 1999/2002 or any of the other years in question. Defendant believes that Plaintiff agrees that the years in question are not frivolous, and Plaintiff has actually processed the returns, and made refunds. Plaintiff's reasoning and or accusations that the returns are frivolous are empty when viewed with what the IRS has actually done. Defendant knows that the Plaintiff knows that 100's of 1000's of returns just like Defendants that have been processed and refunds issued without as much as one letter asking for further information. Others have been asked and like Defendant have complied, but unlike Defendant have had refund checks issued. Again Defendant believes that this reason for his persecution must be either his religious views, and or Christian Conservative values.

Date: December 26, 2018

Respectfully submitted,

_____

Mark Anthony Lovely
c/o 1235 Amylee Trail
Kernersville, NC 27284
Phone: (336) 601-4641
Email:
Authorized Representative

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of December, 2018, I electronically filed the foregoing **2nd RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those registered to receive it. I also served a copy via first class mail to:

Erin F. Darden, Trial Attorney
U.S. Department of Justice, Tax Division
PO Box 227
Washington, D.C. 20044

attorney for the Plaintiff: United States of America.


Date: December 26, 2018

Mark Anthony Lovely
Authorized Representative