

**IRS** Department of the Treasury
Internal Revenue Service

STOP 6120
KANSAS CITY   MO   64999-0034

In reply refer to: 0925166776
Mar. 22, 2011    LTR 12C    0 R
▬▬▬▬▬▬▬   201012 30
                    00000687
BODC: WI

MARK A LOVELY
1235 AMY LEE TRAIL
KERNERSVILLE   NC   27284



)09473

      Social Security Number:   ▬▬▬▬▬▬
      BATCH 10490,19               09207-057-16505-1

Dear Taxpayer:

We received your Dec. 31, 2010, Form 1040EZ federal individual income tax return, but we need more information to process the return accurately. Please send us this letter with your reply in the enclosed envelope within 20 days from the date of this letter.

Please enclose only the information requested and any forms, schedules or other information required to support your entries. Please note that we have included a copy of each form and/or schedule you may need. Return each applicable form(s) and/or schedule(s) with your reply and be sure to keep a photocopy for your records. DO NOT SEND A COPY OF YOUR RETURN, unless specifically instructed to do so. We will issue any refund due to you in about 6 to 8 weeks from the time we receive your response. We can give you credit for items only if you give us the information. Therefore, if we do not hear from you, we may have to increase the tax you owe or reduce your refund.

If you need additional forms, schedules, or publications to respond to this letter, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).

Please provide a form with information that supports the wage or withholding entry of $9,656.46 on line 7, Form 1040EZ.
It could be Form W-2, Form W-2G (for gambling winnings), or Form 1099-R (for pension income). If you don't have the form you need, please contact the issuer of the income statement for a copy and send it with a copy of this letter. Otherwise, send us the information in some substitute form. For example, one substitute for Form W-2 could be an earnings statement from your employer which shows year-to-date totals. If you don't have an earnings statement, ask your employer for a copy.

If you have any questions, please call:
    - 1-800-829-0922 (Individual-Wage Earners)
    - 1-800-829-8374 (Individual-Self Employed/Business Owners)
    - 1-800-829-4059 (Telecommunication Device for the Deaf, TDD).

If you prefer, you may write to us at the address shown at the beginning of this letter.

MARK A LOVELY
1235 AMY LEE TRAIL
KERNERSVILLE  NC  27284


If you wish to send the information by fax, our fax number is
816-292-6101. Due to the high volume, we cannot acknowledge receipt of
your fax. Be advised your faxed signature(s) will become a
permanent part of your filing. DO NOT ALSO SEND THE INFORMATION BY
MAIL. Doing so could delay the processing of your return. Put your
Taxpayer Identification Number on each page faxed. Please include a
cover sheet containing the following information:

Date:  _____
Name:  ICO Rejects Team KCSPC
BATCH 10490,19
Control number:  09207-057-16505-1

Your name:  _____
Your Taxpayer Identification Number:  _____
(Social Security Number/Employer Identification Number)
Tax Period:  _____
Number of pages of faxed material:

If your filing requirements allow you the option of filing your tax
return electronically, please consider this in the future. The e-file
program will guide you through the steps of completing your tax
return, so that correspondence delays may be avoided. For more
information about electronic filing, please ask your tax preparer or
visit www.irs.gov.

Whenever you write to us, please include your telephone number with
the area code, the hours we can reach you, and this letter. Keep
a copy of this letter for your records.

Your Telephone Number:  (    )_____ Hours _____

We apologize for any inconvenience and thank you for your
cooperation.

```
                                                    0925166776
                            Mar. 22, 2011    LTR 12C    0 R
                            ███-██-████      201012 30
                                                      00000689
```

MARK A LOVELY
1235 AMY LEE TRAIL
KERNERSVILLE  NC  27284



009473

                        Sincerely yours,

                        *Donna M. Stevenson* (signature)

                        Donna M. Stevenson
                        Operations Mgr., Input Correction

BATCH 10490,19
09207-057-16505-1

Enclosures:
Copy of this letter
Envelope

Mark A. Lovely
1235 Amy Lee Trail
Kernersville, NC 27284         Date: March 26, 2010

Department of the Treasury
Internal Revenue Service
STOP 6120
KANSAS CITY MO 64999-034
Attn: DONNA M. STEVENSON

    RE: LTR 12C

Regarding Letter 12C, dated Mar. 22, 2011, copy attached.

My return for the tax year ending Dec. 31, 2010 was accompanied by a Form 4852, Substitute for Form W-2, Wage and Tax Statement. Refer to the General Instructions for completing Form 4852 which state the form is used to correct erroneous information furnished on a Form W-2.

I would be remiss to furnish you with a W-2 which contains erroneous information. I did furnish the name, address and payer identification number associated with a W-2 on the Form 4852. I was unable to convey by contact with the payer the reasons why the W-2 is erroneous.

I believe my return for 2010 is scrupulously accurate and truthful, and I ask you therefore to process the return and forward the overpayment to me at the earliest possible time.

Sincerely yours,

Mark A. Lovely



Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0025

For assistance, call:
1-800-829-0922
Your Caller ID: 344038

Notice Number: CP49
Date: April 25, 2011

Taxpayer Identification Number:

055757.841753.0189.005 1 AT 0.365 645

Tax Form: 1040EZ
Tax Year: December 31, 2010

MARK A LOVELY
1235 AMYLEE TRL
KERNERSVILLE  NC  27284-9445

055757

## Overpaid Tax Applied to Other Taxes You Owe

We applied $9,656.46 of the overpaid tax on your 2010 tax return to the unpaid balance of other federal taxes which our records show you owe.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due to you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $9,656.46 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $9,656.46 |
| Total Amount Applied | $9,656.46 |
| Amount to be refunded Unless You Owe Other Obligations | $.00 |

(Your refund may include interest. Please be aware that interest you receive on tax refunds is taxable income to you in the year you receive it. Please retain this notice for your records.)

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---|---|
| 1040A | December 31, 1999 | $7,630.87 | $.00 |
| 1040A | December 31, 2002 | $2,025.59 | $30,658.32 |