IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-cv-102 |
| MARK ANTHONY LOVELY | ) |
| Defendant, | ) |

**AFFIDAVIT OF MARK ANTHONY LOVELY**

1. Defendant Mark Anthony Lovely is not a 14th Amendment U.S. Citizen.

2. The individual Income Tax is an in-direct, uniform, excise tax.

3. Liability for the Income Tax is by exercising a government granted privilege or involvement in a federally taxable activity.

4. Defendant Mark Anthony Lovely has not been involved in any federally taxable activities, or exercised any government granted privileges.

5. The IRS has already agreed that several taxyears have no tax liability, and have applied refunds to other years which also have no tax liability.

6. North Carolina Constitution Art. V. Sec. 1 No capitation to be levied:

No poll or capitation tax shall be levied by the General Assembly or by any county, city or town, or other taxing unit.

7. North Carolina Constitution Art. V. Sec. 2. State and Local taxation:

(2) Classification. Only the General Assembly shall have the power to classify property for taxation, which power shall be exercised only on a State-wide basis and shall not be delegated. No class of property shall be taxed except by uniform rule, and every

classification shall be made by general law uniformly applicable in every county, city and town, and other unit of local government.

8. All North Carolina Taxes are in-direct, uniform, excise taxes, which are predicated on ones having exercised a government granted privilege, or involvement in a federally connected activity.

9. The USDOJ in Diversied Metal Products, Inc. v T-Bow Company Trust, Internal Revenue Service, and Steve Morgan 93-405-E-EJL in it's Answer and Claim said: "Denies that the Internal Revenue Service is an agency of the United States Government..."

10. Defendant Mark A. Lovely has earned no wages for any of the taxyears involved, or since Defendant has worked for the U.S.A.F. as a civilian.

11. Defendant Mark A. Lovely was born in Dayton, Ohio on March 16, 1961 and is a state Citizen of one of the 50 sovereign states.

Date: December 27, 2018                     Respectfully submitted,

                                            Mark Anthony Lovely
                                            c/o 1235 Amylee Trail
                                            Kernersville, NC 27284
                                            Phone: (336) 601-4641
                                            Email:
                                            Authorized Representative

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of December, 2018, I electronically filed the

foregoing **AFFIDAVIT OF MARK ANTHONY LOVELY** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those registered to receive it. I also served a copy via first class mail to:

Erin F. Darden, Trial Attorney
U.S. Department of Justice, Tax Division
PO Box 227
Washington, D.C. 20044

attorney for the Plaintiff: United States of America.

Date: December 27, 2018

Mark Anthony Lovely
Authorized Representative